IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TATONKA CAPITAL CORPORATION, a Colorado corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| MOSAICA EDUCATION, INC., a Delaware corporation; MICHIGAN EDUCATIONAL FACILITIES, LLC, a Delaware limited liability company; ASI TEXAS, LLC, a Delaware limited liability company; EFA COMPANY, LLC, a Michigan limited liability company; LORAIN-LEAVITT PROPERTIES, LLC, a Georgia limited liability company; WARREN-ELM FACILITIES, LLC, a Georgia limited liability company; and COLUMBUS-MORSE PROPERTIES, LLC, a Georgia limited liability company, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. _____ |
| Defendants. ) | |

STATE OF GEORGIA

COUNTY OF FULTON

### AFFIDAVIT OF RECEIVER NOMINEE
### KATIE S. GOODMAN OF GGG PARTNERS, LLC

Before me, the undersigned officer, personally appeared Katie S. Goodman, who, being by me duly sworn, deposes and states as follows:

21667623 v1

1. My name is Katie S. Goodman. I am over the age of 18 years and am competent to testify to the matters stated herein. Except as otherwise noted, I make this Affidavit based upon my own personal knowledge.

2. I am managing partner of GGG Partners, LLC ("GGG"), a firm specializing in providing turnaround, crisis management, and restructuring services for public and private companies, lenders, equity holders, and impartial constituents (such as examiners or trustees), which maintains its principal offices at 5883 Glenridge Drive NE, Suite #160, Atlanta, GA 30328.

3. I submit this affidavit in support of myself and my firm, GGG, being appointed as the receiver (the "Receiver") for defendants Mosaica Education, Inc. ("MEI"), Michigan Educational Facilities, LLC, ASI Texas, LLC, EFA Company, LLC, Lorain-Leavitt Properties, LLC, Warren-Elm Facilities, LLC, and Columbus-Morse Properties, LLC.

4. GGG has worked in the turnaround, crisis management, and restructuring industry for over 50 years. Over this time it has worked in many industries and with many companies. The firm and its partners act as restructuring advisor, liquidation advisor, receiver, and assignee.

5. I have more than 12 years of experience in the practice of turnarounds and restructuring. I have worked with GGG since 2001 and act as Receiver,

Assignee in general assignments for the benefit of creditors, and Chief Restructuring Officer ("CRO") in matters filed under Chapter 11 of the United States Bankruptcy Code ("Chapter 11").

6. I have worked in, and am familiar with, the field of K-12 education, as well as post-secondary education. I have served as financial advisor to Vail Christian Academy in Vail, CO, and Palm Bay Schools in Patriot Campus, FL. In addition, I served as the Director of Reorganization and Interim CFO of Life University in Marietta, GA, and following restructuring served as the Interim Director of Marketing and Interim CTO.

7. I have worked as a receiver in a number of matters including, by way of example, TOC, Inc. (a minority engineering firm for federal, state, and minority contracts), Wise Media, Inc. (FTC receivership for phone slamming), and Stonewall Packaging, Inc. (corrugated box facility).

8. I have acted as an assignee in general assignments for the benefit of creditors in Florida, Georgia, Alabama, Tennessee, and Louisiana. The companies involved in these actions include Supersonic Services (FL, defense contractor), Optim Products (FL, wholesale supply), Todd Duncan Group (publishing), GARCO (GA, office furniture), Progressive Turn (GA, fertilizer), and BulldogIT (hospital software).

9. I have been retained to work with over 50 companies in Chapter 11 bankruptcies. Most recently, in August 2013, I was appointed <u>CRO</u> of Designline, Inc., and Designline, USA LLC, an electric bus manufacturer that filed Chapter 11 bankruptcy in the state of Delaware (and later transferred to North Carolina). I ran a skeletal operating crew and sold the business under Section 363 of the Bankruptcy Code in November 2013.

10. In February 2012, I was appointed CRO of the Cliffs Golf and Country Clubs ("<u>The Cliffs</u>"), a group of seven luxury golf courses based in North and South Carolina that filed for Chapter 11 bankruptcy protection. I ran the companies and auctioned the rights to act as a plan sponsor. The Cliffs successfully reorganized under a plan and emerged from Chapter 11 bankruptcy in August 2012.

11. In May 2013, I was appointed Chapter 11 trustee of Trendset, Inc., a freight bill and audit company based in Greenville, SC where $68 million of customer funds was missing. I stabilized, ran, and sold the company six (6) weeks after my appointment and continue to work on a settlement with former owners and officers. GGG will bill its standard hourly rates to act as the Receiver in the above captioned matter. These rates are $350 per hour for Managing Partner and

$275 to $325 per hour for Partner.  The compensation is consistent with, and typical of, arrangements entered into by GGG.

12. GGG will also charge for its direct expenses incurred. These expenses and charges include normal and customary expenses such as car rental/mileage, airfare, and hotel.  GGG will not charge incidental expenses.

13. To the best of my knowledge, except as disclosed herein, and based solely upon information publicly available, neither GGG, I, nor any employee of GGG, has any connection with MEI or Tatonka Capital Corporation ("Tatonka"), any of their affiliates, subsidiaries, officers, or shareholders, nor to the best of our knowledge at this time, any of their creditors or any other party in interest herein.  To the best of my knowledge and except as disclosed herein, neither GGG, I, nor any employees of GGG, represent any interest adverse to MEI or Tatonka.  To the extent GGG or I discover any such relationship, GGG or I will make appropriate disclosures to the Court and other parties of interest in a supplemental affidavit.

14. GGG has received no retainer from any party in relation to its potential retention as Receiver in this matter.

FURTHER AFFIANT SAYETH NOT.

_____
Katie S. Goodman
Affiant

Sworn to and subscribed
before me this \_\_\_\_ day
of September, 2014.


_____
        Notary Public

My Commission Expires: _____