# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TATONKA CAPITAL CORPORATION, a Colorado corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOSAICA EDUCATION, INC., a Delaware corporation; MICHIGAN EDUCATIONAL FACILITIES, LLC, a Delaware limited liability company; ASI TEXAS, LLC, a Delaware limited liability company; EFA COMPANY, LLC, a Michigan limited liability company; LORAIN-LEAVITT PROPERTIES, LLC, a Georgia limited liability company; WARREN-ELM FACILITIES, LLC, a Georgia limited liability company; and COLUMBUS-MORSE PROPERTIES, LLC, a Georgia limited liability company, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:14-CV-03017-TCB |

## PLAINTIFF TATONKA CAPITAL CORPORATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Tatonka Capital Corporation, a Colorado corporation ("Tatonka") states as follows:

1.    The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any

21658560 v1

parent corporation and publicly held corporation that owns 10% or more of Tatonka's stock:

*Plaintiff:*   Tatonka Capital Corporation, a Colorado corporation.

*Defendants:* Mosaica Education, Inc., a Delaware corporation Michigan Educational Facilities, LLC, a Delaware limited liability company, ASI Texas, LLC, a Delaware limited liability company, EFA Company, LLC, a Michigan limited liability company, Lorain-Leavitt Properties, LLC, a Georgia limited liability company, Warren-Elm Facilities, LLC, a Georgia limited liability company, and Columbus-Morse Properties, LLC, a Georgia limited liability company.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnership, or corporations having either a financial interest or other interest which could be substantially affected by the outcome of this particular case:

*Principals of Plaintiff*: Carol Hansen, Bob Bauers, Jake Bauers, and Eric Gorka.

*Principals of Defendants:* Dawn Eidelman, Gene Eidelman, and Michael Connelly.

*Other Interested Parties:*  Proposed Receiver Katie S. Goodman and GGG Partners, LLC, and Spirit Master Funding II, LLC.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff is represented by Graham H. Stieglitz of Burr & Forman LLP, 171 Seventeenth Street, N.W., Suite 1100, Atlanta, GA 30363, Telephone: (404) 815-3000; and Michael Leo Hall of Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203.  Defendant is represented by William F. Gray, Jr., and Allison Bauer, Torys, LLP, 1114 Avenue of the Americas, 23rd Floor, New York, NY  10036-7703, Telephone (212) 880-6636.

Respectfully submitted this 23rd day of September, 2014.

/s/ Graham H. Stieglitz
Graham H. Stieglitz
Georgia  Bar No. 682047

Attorneys for Plaintiff
TATONKA CAPITAL CORPORATION

**OF COUNSEL:**

BURR & FORMAN LLP
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia  30363
(404) 815-3000
Email:  gstiegli@burr.com

21658560 v1

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
(205) 251-3000
Email:  mhall@burr.com

A copy of this Corporate Disclosure Statement is being sent via personal service on the defendants:

Mosaica Education, Inc.
c/o Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Michigan Educational Facilities, LLC
c/o Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, GA 30092

ASI Texas, LLC
c/o Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, GA 30092

EFA Company, LLC
c/o Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Lorain-Leavitt Properties, LLC
c/o Corporation Service Company
40 Technology Parkway South, Suite 300
Norcross, GA 30092

21658560 v1

Warren-Elm Facilities, LLC
c/o Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Columbus-Morse Properties, LLC
c/o Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, GA 30092

*With a courtesy copy via email to:*

William F. Gray, Jr.
Allison Bauer
Counsel for MEI
Torys, LLP
1114 Avenue of the Americas
23rd Floor
New York, NY 10036-7703
(212) 880-6336
Email:  wgray@torys.com
             abauer@torys.com

21658560 v1