# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-cv-03017-TCB
### Tatonka Capital Corporation v. Mosaica Education, Inc. et al
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 10/17/2014.

TIME COURT COMMENCED: 2:40 P.M.
TIME COURT CONCLUDED: 4:25 P.M.     COURT REPORTER: Lori Burgess
TIME IN COURT: 1:45                 DEPUTY CLERK: Julee Smilley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Michael Hall representing Tatonka Capital Corporation<br>Gary Marsh representing ASI Texas, LLC<br>Graham Stieglitz representing Tatonka Capital Corporation<br>Jeffrey Zachman representing ASI Texas, LLC<br>** Rob Williams for the receiver if appointed. |
| OTHER(S) PRESENT: | Katie Goodman, potential receiver |
| PROCEEDING CATEGORY: | Motion Hearing(Other Evidentiary Hearing-Contested); |
| MOTIONS RULED ON: | [2]Motion to Appoint Receiver GRANTED Plaintiff's counsel is to submit a proposed order by Monday via email to Judge Batten<br>[3]Motion for Hearing GRANTED |
| MINUTE TEXT: | Plaintiff moved for the admission of all exhibits attached to [4] SUBMISSION OF DOCUMENTARY EVIDENCE. The Court grants that motion. Plaintiff's witness Mike Conley, Carol Hansen, Mike Conley (recalled on defendant's case) Katie Goodman sworn in and testified. Plaintiff's exhibit 87 & 88 admitted. Bond will be determined in the Order. |