IN THE MATTER OF

TATONKA CAPITAL CORPORATION, a Colorado corporation,

    Plaintiff,

VS.

MOSAICA EDUCATION, INC., a Delaware corporation; MICHIGAN EDUCATIONAL FACILITIES, LLC, a Delaware limited liability company; ASI TEXAS, LLC, a Delaware limited liability company; EFA COMPANY, LLC, a Michigan limited liability company; LORAN-LEAVITT PROPERTIES, LLC, a Georgia limited liability company; WARREN-ELM FACILITIES, LLC, a Georgia limited liability compnay; and COLUMBUS-MORSE PROPERTIES, LLC, a Georgia limited liability company,

    Defendants.

Bond No. **52BSBGG5466**

**Receiver's Bond**

Civil Action No. **1:14-CV-03017-TCB**

**KNOW ALL MEN BY THESE PRESENTS:**

THAT WE, **KATIE S. GOODMAN** as Principal(s) and the **HARTFORD FIRE INSURANCE COMPANY**, a **Connecticut** corporation, as Surety, are held and firmly bound unto **The United States District Court for the District of Georgia, Atlanta Division** as Obligee(s), in the penal sum of **FIVE MILLION AND NO/100THS**

( **$5,000,000.00** ) DOLLARS, lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

Whereas, in the above action and the above Court, **KATIE S. GOODMAN**, the Principal(s) has (have) been appointed Receiver(s) of **all of the companies' assets and operations, including all real property, personal property, mixed property, and all stock and ownership interests held by MEI in its various subsidiaries, along with voting rights,** with authority and instructions and designated by the court, and has (have) been directed to give a bond to Obligee in the sum aforesaid, according to law.

NOW THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, That if the said Principal(s) shall faithfully discharge the duties of Receiver(s), and shall obey the orders of the Court therein, then this obligation shall be void; otherwise to remain in full force and virtue.

SIGNED AND SEALED this **27th** day of **October**, **2014**.

APPROVED

BY: *Timothy C. Batten, Sr.*
Judge

KATIE S. GOODMAN
BY: *[signature]*
HARTFORD FIRE INSURANCE COMPANY

BY: *Lynette S Harris*
Attorney-in-Fact
Lynette G. Harris, GA License 687902

# POWER OF ATTORNEY

**Direct Inquiries/Claims to:**
**THE HARTFORD**
Bond T-4
One Hartford Plaza
Hartford, Connecticut 06155
call: 888-266-3488 or fax: 860-757-5835)

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**  Agency Code: 52   701334

| | | |
|---|---|---|
| X | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| ☐ | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| ☐ | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| ☐ | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| ☐ | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| ☐ | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| ☐ | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| ☐ | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
**up to the amount of** UNLIMITED :
LYNETTE G. HARRIS, JENNIFER MILLER, MELISSA VAN EVERY OF PORTLAND OR,
JOANI PEPPER OF PORTLAND, OREGON

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on August 1, 2009, the Companies have caused these presents to be signed by its Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Wesley W. Cowling, Assistant Secretary                     M. Ross Fisher, Vice President

STATE OF CONNECTICUT ⎫
                                             ⎬ ss.   Hartford
COUNTY OF HARTFORD ⎭

On this 12th day of July, 2012, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



Kathleen T. Maynard
Notary Public
My Commission Expires July 31, 2016

**CERTIFICATE**

I, the undersigned, Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of    October 27, 2014.
Signed and sealed at the City of Hartford.



Gary W. Stumper, Vice President

POA 2012