

Remit via Standard US Mail:
Willis of Oregon, Inc.
File 50781
Los Angeles, CA        90074-0781

(503) 224-4155

| INVOICE | | No. 816973 |
|---|---|---|
| Due Upon Receipt | | |
| Account Code | Total Due | Date |
| GGGPART-01 | $7,000.00 | 10/29/2014 |

Site ID:

GGG Partners LLC
5883 Glenridge Drive NE, Suite 160
Atlanta, GA 30328

Please return this portion with your payment

**Make checks payable to:** Willis of Oregon, Inc.

| Item # | Effective Date | Bond Number | Carrier | Amount |
|---|---|---|---|---|
| | Description | | Policy Period | |
| 4841925 | 10/27/2014 | 52BSBGG5466 | Hartford Fire Insurance Company | $7,000.00 |
| | New Business | | 10/27/2014 to 10/27/2015 | |
| | Receiver's Bond for Katie Goodman | | | |

**Receiver's Bond: $5,000,000 for Katie S. Goodman,
Receiver for Mosaica Education, Inc. etal. Civil Action No.
1:14-CV-03017-TCB
US Dist Court, No. Dist. of Georgia, Atlanta Division
Annual premium**

Sub-Total: $7,000.00

Total Due: $7,000.00

ACH/WIRING INSTRUCTIONS
BANK NAME: Suntrust Bank, Atlanta, GA
ABA# [redacted]    Acct# [redacted]
ACCOUNT NAME: Willis of Oregon, Inc.
***PLEASE REFERENCE INVOICE NUMBER***

10/29/2014        GGG Partners LLC                                                           Page    1 of 1
                  Invoice No. 816973

Willis is a member of a major international group of companies. In addition to the compensation received by Willis from insurers for placements of your insurance coverages, other parties, such as excess and surplus lines brokers, wholesalers, reinsurance intermediaries, underwriting managers and similar parties (some of which may be owned in whole or in part by Willis' corporate parents or affiliates), may earn and retain usual and customary commissions for their role in providing insurance products or services to clients under their separate contracts with insurers or reinsurers. The compensation that will be paid to Willis will vary based on the insurance contract it sells. Depending on the insurer and insurance contract you select, compensation may be paid by the insurer selling the insurance contract or by another third party. Such compensation may be contingent and may vary depending on a number of factors, including the insurance contract and insurer you select. In some cases, other factors such as the volume of business Willis provides to the insurer or the profitability of insurance contracts Willis provides to the insurer also may affect compensation. Upon request, Willis will provide you with additional information about the compensation Willis expects to receive based in whole or in part on your purchase of insurance.

Wire Confirmation

Transaction Type: Debit

Transaction Reference Number: ███████████

Account Name:
TATONKA CAPITAL CORPORATION INC
1555 BLAKE ST STE 210
DENVER CO  80202-1866 80202

Transaction Posting Time: ****/11/04 10:01:31

Transaction Amount:7,000.00 USD

Rate: 0.
Rate Type:  Direct

Transaction Amount in Base Currency:7,000.00 USD

Debit Party Information:

         D/******3760/
TATONKA CAPITAL CORPORATION INC
1555 BLAKE ST STE 210
DENVER CO  80202-1866 80202
Sender's Reference: ████████


Credit Party Information:
███████████
SUNTRUST BANK
ATLANTA, GA

Beneficiary Party Information:

/*********3850
Willis of Oregon, Inc.

Originator To Beneficiary Information:
Invoice # ███████

Additional Information:
IMAD - ███████████████

PLEASE DO NOT REPLY TO THIS MESSAGE.
This mailbox is used primarily for distribution and is not checked for incoming email.