IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TATONKA CAPITAL CORPORATION, a Colorado corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MOSAICA EDUCATION, INC., a Delaware corporation; MICHIGAN EDUCATIONAL FACILITIES, LLC, a Delaware limited liability company; ASI TEXAS, LLC, a Delaware limited liability company; EFA COMPANY, LLC, a Michigan limited liability company; LORAIN-LEAVITT PROPERTIES, LLC, a Georgia limited liability company; WARREN-ELM FACILITIES, LLC, a Georgia limited liability company; and COLUMBUS-MORSE PROPERTIES, LLC, a Georgia limited liability company,<br><br>　　　　Defendants. | Civil Action No.<br>1:14-cv-03017-TCB |

## ORDER APPROVING STIPULATION AND AGREEMENT REGARDING ESCROWING OF RENTS FROM YOUNGSTOWN PROPERTY

Upon consideration of the Stipulation and Agreement Regarding Escrowing of Rents from Youngstown Property (the "Stipulation"), a copy which is attached hereto; and after due deliberation; and it appearing that sufficient cause exists for approving the Stipulation, it is hereby

3487816_1

ORDERED that the Stipulation is approved; and it is further

ORDERED that the Court shall retain jurisdiction to resolve any disputes concerning the Stipulation and to interpret and enforce the provisions of the Stipulation and this Order.

IT IS SO ORDERED this 10th day of November, 2014.

_____
Timothy C. Batten, Sr.
United States District Court Judge