EXHIBIT "A"



**GGG Partners, LLC**
3277 Roswell Road NE
Suite 718
Atlanta, GA  30328

# INVOICE

FEDERAL TAX ID # 45-4077404

Invoice:   20141201MOS
invoice Date:  12/01/2014
**Due date:  per Receiver order**

**To:**
Mosaica Education, Inc.
3400 Peachtree Street, Suite 550
Atlanta, GA 30326

Via E-Mail: kgoodman@gggpartners.com

**From:**
GGG Partners, LLC
3277 Roswell Road NE, Suite 718
Atlanta, GA  30305

| DESCRIPTION | TOTAL |
|---|---:|
| Tatonka Capital Corporation v. Mosaica Education, Inc. et al. In accordance with the Order Appointing Receiver dated October 21, 2014, for the period November 9, 2014 through November 25, 2014 | |
| Katie S. Goodman - Fees (See attached Detail) | 25,970.00 |
| Joseph V. Pegnia – Fees (See attached Detail) | 31,265.00 |
| Katie S. Goodman – Expenses (See attached Detail) | 1,406.74 |
| Total | 58,641.74 |



GGG Partners, LLC
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Expenses
for the period November 9, 2014 through November 25, 2014

| Date | Professional | Type | Description | Amount |
|---|---|---|---|---|
| 11/2/14 | Goodman | Ground Transp. | NYC Taxi | $ 41.33 |
| 11/2/14 | Goodman | Ground Transp. | Carmello's Car Service | $ 42.50 |
| 11/16/14 | Goodman | Airfare | Flight ATL / DTW | $ 566.10 |
| 11/16/14 | Goodman | Lodging | Hotel | $ 129.83 |
| 11/17/14 | Goodman | Lodging | Hotel | $ 152.88 |
| 11/18/14 | Goodman | Airfare | Flight CMH / ATL | $ 474.10 |
| | | | Total Goodman | 1,406.74 |



GGG Partners, LLC
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Time Detail - Katie S. Goodman
for the period November 9, 2014 through November 25, 2014

| Date | Hours | Description | Rate | Fee |
|---|---|---|---|---|
| 11/10/14 | 0.3 | Review and update memo | 350 | 105.00 |
| 11/10/14 | 0.8 | Discussion regarding Atlanta Prep; review | 350 | 280.00 |
| 11/10/14 | 2.0 | Discussion with potential investor | 350 | 700.00 |
| 11/10/14 | 1.0 | Multiple discussions regarding cash, payments | 350 | 350.00 |
| 11/10/14 | 0.4 | Review real estate and for sale | 350 | 140.00 |
| 11/10/14 | 0.8 | Review management agreements | 350 | 280.00 |
| 11/11/14 | 0.5 | Discuss timing of school budgets | 350 | 175.00 |
| 11/11/14 | 0.4 | Call with Dekalb Prep regarding stay; timing and other | 350 | 140.00 |
| 11/11/14 | 0.3 | Review tax information | 350 | 105.00 |
| 11/11/14 | 0.4 | Call with Huntington re: accounts / access | 350 | 140.00 |
| 11/11/14 | 0.3 | Review cash information / payroll | 350 | 105.00 |
| 11/11/14 | 1.0 | Review information re: Paragon | 350 | 350.00 |
| 11/12/14 | 0.2 | Discussion with Gorka re: CASSA | 350 | 70.00 |
| 11/12/14 | 0.4 | Call with Amy Borman re: CASSA and other Ohio | 350 | 140.00 |
| 11/12/14 | 0.3 | Discussion with Ohio Council re: receivership | 350 | 105.00 |
| 11/12/14 | 0.5 | Call with CPA Board regarding payments | 350 | 175.00 |
| 11/12/14 | 0.3 | Review and follow up regarding financial concessions for Colorado school | 350 | 105.00 |
| 11/12/14 | 0.4 | Discussion with Board of Alpena school regarding specific payments and application of such | 350 | 140.00 |
| 11/12/14 | 1.5 | Meeting with Dawn Eidelman (2) | 350 | 525.00 |
| 11/13/14 | 1.0 | Review information sent to potential investor in OH locations in preparation for call | 350 | 350.00 |



GGG Partners, LLC
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Time Detail - Katie S. Goodman
for the period November 9, 2014 through November 25, 2014

| Date | Hours | Description | Rate | Fee |
|---|---|---|---|---|
| 11/13/14 | 0.7 | Review and send information to second potential investor for OH school | 350 | 245.00 |
| 11/13/14 | 1.8 | Review and calls re: bank accounts | 350 | 630.00 |
| 11/13/14 | 0.7 | Review and respond to multiple e-mails regarding cash / payments / tax / and other | 350 | 245.00 |
| 11/14/14 | 0.6 | Call with potential investor in OH school | 350 | 210.00 |
| 11/14/14 | 15.0 | Multiple calls and review regarding cash | 350 | 5,250.00 |
| 11/14/14 | 0.6 | Follow up regarding responses on real property | 350 | 210.00 |
| 11/14/14 | 0.3 | Call regarding marketing Atlanta | 350 | 105.00 |
| 11/15/14 | 0.4 | Review and update running memo, send to Tatonka | 350 | 140.00 |
| 11/15/14 | - | Call with Pegnia regarding cash | 350 | - |
| 11/15/14 | - | Call with Eidelman | 350 | - |
| 11/15/14 | 0.2 | Review and respond to request for information on MI schools | 350 | 70.00 |
| 11/16/14 | 0.7 | Call with Carol Hansen re: update | 350 | 245.00 |
| 11/17/14 | 0.2 | Follow up on rent | 350 | 70.00 |
| 11/17/14 | 0.4 | Call with attorney in NY re: real estate, follow up with Kepner | 350 | 140.00 |
| 11/17/14 | - | Travel time (2.0) | 350 | - |
| 11/17/14 | 6.0 | Meet with Mike Connelly, meeting in Pontiac with school and discuss other (12:30 - 7) | 350 | 2,100.00 |
| 11/17/14 | 0.8 | Review documents received regarding Atlanta Prep | 350 | 280.00 |
| 11/17/14 | 0.5 | Discussion with potential lender | 350 | 175.00 |
| 11/17/14 | 0.6 | Discussion with valuation company regarding online and international | 350 | 210.00 |
| 11/18/14 | 0.7 | Call with Hayden Kepner re: CPA / CATA, real estate and other | 350 | 245.00 |



GGG Partners, LLC
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Time Detail - Katie S. Goodman
for the period November 9, 2014 through November 25, 2014

| Date | Hours | Description | Rate | Fee |
|---|---|---|---|---|
| 11/18/14 | 2.5 | CPA / CATA discussions (review documents) | 350 | 875.00 |
| 11/18/14 | 1.0 | Review and comment on real estate services agreement; view old documents and listings | 350 | 350.00 |
| 11/18/14 | 1.2 | Calls and outreach regarding Paragon investors | 350 | 420.00 |
| 11/18/14 | 0.7 | Review cash flow and discuss with Pegnia prior to distribution | 350 | 245.00 |
| 11/18/14 | 0.3 | Review payments for week | 350 | 105.00 |
| 11/18/14 | 0.7 | Respond to various e-mails regarding insurance / rent / payments etc. | 350 | 245.00 |
| 11/19/14 | 3.0 | Work on site 9 - 1 (invoice 3) | 350 | 1,050.00 |
| 11/19/14 | 0.5 | Review and comment on subordination | 350 | 175.00 |
| 11/19/14 | 0.7 | Call with potential advisor and investor | 350 | 245.00 |
| 11/19/14 | 0.3 | Call with Reggie Snyder regarding stay | 350 | 105.00 |
| 11/19/14 | 0.8 | Discussion with potential buyer or investor | 350 | 280.00 |
| 11/19/14 | 0.7 | Discussion and review regarding CASSA transaction and finalizing | 350 | 245.00 |
| 11/19/14 | 0.9 | Calls regarding CPA / CATA | 350 | 315.00 |
| 11/20/14 | 6.0 | Work on site 9 - 5 including meeting with Gene re: memo (1.0) review cash and discuss (.7), respond to multiple questions regarding status of payments (.6), CPA and CATA (.8), review initial CASSA information (.6), discuss real estate sales (.5), update counsel (.5), general receivership other | 350 | 2,100.00 |
| 11/21/14 | 0.8 | Discuss AZ situation, call with potential investor regarding situation and meeting | 350 | 280.00 |



GGG Partners, LLC
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Time Detail - Katie S. Goodman
for the period November 9, 2014 through November 25, 2014

| Date | Hours | Description | Rate | Fee |
|---|---|---|---|---|
| 11/21/14 | 0.4 | Review requirements for audit, call with Eidelman, Connelly, Miller re: audit | 350 | 140.00 |
| 11/21/14 | 1.0 | Call with board of CPA / CATA regarding status and sign initial documents | 350 | 350.00 |
| 11/21/14 | 0.6 | Review real estate services agreement and discuss with counsel | 350 | 210.00 |
| 11/21/14 | 0.3 | Review STAR documents and demand notice | 350 | 105.00 |
| 11/21/14 | 0.2 | Respond to counsel for computer vendor regarding non notice | 350 | 70.00 |
| 11/21/14 | 0.4 | Call with potential investors in schools regarding interest | 350 | 140.00 |
| 11/21/14 | 0.5 | Respond to various e-mails and calls regarding payments / status | 350 | 175.00 |
| 11/21/14 | 0.4 | Call with potential lender | 350 | 140.00 |
| 11/22/14 | 0.6 | Review real estate matrix, discuss with potential priming lender | 350 | 210.00 |
| 11/24/14 | 0.5 | Update running memo | 350 | 175.00 |
| 11/24/14 | 0.4 | Call with potential lender | 350 | 140.00 |
| 11/24/14 | 0.5 | Discussion with Pegnia re: budget and other | 350 | 175.00 |
| 11/24/14 | 1.3 | Review management agreements | 350 | 455.00 |
| 11/24/14 | 0.6 | Call with potential investor / follow up | 350 | 210.00 |



GGG Partners, LLC  
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Time Detail - Katie S. Goodman  
for the period November 9, 2014 through November 25, 2014

| Date | Hours | Description | Rate | Fee |
|---|---|---|---|---|
| 11/24/14 | 0.3 | Call with potential buyer regarding meeting and information | 350 | 105.00 |
| 11/25/14 | 0.5 | Respond to various requests for payment and cash items | 350 | 175.00 |
| 11/25/14 | 1.3 | Review and analyze information relating to CATA and CPA | 350 | 455.00 |
| 11/25/14 | 0.5 | Review agreements and send to counsel | 350 | 175.00 |
| 11/25/14 | 0.8 | Review and respond to potential investors | 350 | 280.00 |
| | 74.2 | Total | | $ 25,970.00 |



GGG Partners, LLC
GGG Partners, LLC

Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Time Detail - Joseph V. Pegnia
for the period November 9, 2014 through November 25, 2014

| Date | Hours | Description | Rate | Fee |
|---|---|---|---|---|
| 11/9/14 | 3.7 | Updating CFF.  Confirm wire activity from Friday, emails with D. Massa. | 325 | 1,202.50 |
| 11/10/14 | 7.5 | Review and request to make payments and prioritize (3).   Review payment history for certain vendors.  Review invoices.  Discussions with K. Goodman and G. Eidelman. | 325 | 2,437.50 |
| 11/11/14 | 5.6 | Update cash records for collection activity.  Analysis of historical cash trends.  Update forecast. | 325 | 1,820.00 |
| 11/12/14 | 4.5 | Calls with Eidelman, Massa, Goodman re: cash for payroll.  Review payroll and transfer funds needed to cover.  Calls with Huntington.  Review requests for vendor payments. | 325 | 1,462.50 |
| 11/13/14 | 7.2 | Call with D. Miller re: Tatonka reconciliation.  Requesting cash from schools for fees and payroll.  Getting update on status of cash at certain schools (Massa).  Evaluate numerous requests for payment | 325 | 2,340.00 |
| 11/14/14 | 4.3 | Analyzing cash yet to be collected for payroll and management fees.  Requesting payment from schools.  Updating cash tracking.  Calls with A. Bakhareva, D. Massa. K.Goodman Advance funds to cover Cincinnati lunch supplier. | 325 | 1,397.50 |
| 11/15/14 | 3.4 | Respond to various emails from K Goodman and G. Eidelman.   Call with K. Goodman.  Analysis of payroll account activity and questions to K. Augenstein.  Review TCC financial model. | 325 | 1,105.00 |
| 11/17/14 | 10.0 | Day rate.  Call with J. Bauers re: financial model.  Analysis of payables.  Requesting cash transfers from schools. Reconciling Paychex cash activity. | 325 | 3,250.00 |
| 11/18/14 | 10.0 | Day rate.  Preparing variance analysis for the week ended 11/14.  Updating cash flow forecast.  Prioritizing payables according to cash availability.   Meeting with G. Eidelman.  Calls with K. Goodman. | 325 | 3,250.00 |



GGG Partners, LLC

**GGG Partners, LLC**
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Time Detail - Joseph V. Pegnia
for the period November 9, 2014 through November 25, 2014

| Date | Hours | Description | Rate | Fee |
|---|---|---|---|---|
| 11/19/14 | 10.0 | Day rate. Call with TCC. Call with S. Jordan of Cityworks. Working on budget. Determining bills to pay today and tomorrow. | 325 | 3,250.00 |
| 11/20/14 | 7.5 | Call with GE Capital to arrange payment on bus lease. Authorize payment of payables. Working on budget. | 325 | 2,437.50 |
| 11/21/14 | 7.0 | Working on cash forecast leading up to payroll. Reviewing cash to determine availability to pay vendors. Call with McGladrey re: status of audit and cash required to continue. | 325 | 2,275.00 |
| 11/23/14 | 2.5 | Begin reviewing school budgets. Begin preparing list of vendors to pay. Multiple emails with A. Bakhareva. | 325 | 812.50 |
| 11/24/14 | 8.0 | Determining vendors to pay. Tracking incoming cash for payroll and payments on A/R. Call with K. Goodman. | 325 | 2,600.00 |
| 11/25/14 | 5.0 | Addressing numerous last minute cash requests. Preparing variance analysis for W/E 11/21. Analyzing data for monthly budget. | 325 | 1,625.00 |
| | 96.2 | Total | | $ 31,265.00 |