IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TATONKA CAPITAL CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOSAICA EDUCATION, INC., a Delaware corporation; et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:14-CV-03017-TCB |

## CONSENT ORDER

Having read and considered the Consent Motion to Extend Time to Respond to CXA Corporation's Motion to Intervene in the above-styled action, and Receiver, Plaintiff and CXA Corporation having consented to this Order and the relief requested, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. That the Motion is **GRANTED**;

2. That the deadline for Plaintiff and/or Receiver to respond to CXA Corporation's Motion to Intervene is **EXTENDED** through and including Wednesday, December 17, 2014.

**SO ORDERED**, this 12th day of December, 2014.

_____
Timothy C. Batten, Sr.
United States District Court Judge

Prepared and presented by:

s/Graham H. Stieglitz
Graham H. Stieglitz
Georgia Bar No. 682047
Michael L. Hall (PHV)
BURR & FORMAN LLP
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia 30363
(404) 815-3000
Email:   gstiegli@burr.com
         mhall@burr.com

*Attorneys for Plaintiff*
*TATONKA CAPITAL CORPORATION*

Consented to by:

s/Kevin A. Stine
(with express permission by Kevin A. Stine)
Kevin A. Stine
Baker, Donelson, Bearman,
   Caldwell & Berkowitz, P.C.
3414 Peachtree Road
Monarch Plaza, Suite 1600
Atlanta, Georgia 30326
kstine@bakerdonelson.com
athompson@bakerdonelson.com

*Attorneys for CXA CORPORATION*

Consented to by:

s/J. Hayden Kepner
(with express permission by J. Hayden Kepner)
J. Hayden Kepner
Scroggins & Williamson, P.C.
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303
hkepner@swlawfirm.com
rwilliamson@swlaw.com

*Attorneys for the RECEIVER*