### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| TATONKA CAPITAL CORPORATION, a Colorado corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MOSAICA EDUCATION, INC., a Delaware corporation; MICHIGAN EDUCATIONAL FACILITIES, LLC, a Delaware limited liability company; ASI TEXAS, LLC, a Delaware limited liability company; EFA COMPANY, LLC, a Michigan limited liability company; LORAIN-LEAVITT PROPERTIES, LLC, a Georgia limited liability company; WARREN-ELM FACILITIES, LLC, a Georgia limited liability company; and COLUMBUS-MORSE PROPERTIES, LLC, a Georgia limited liability company,<br><br>　　　　Defendants. | Civil Action File No.:<br>1:14-cv-3017-TCB |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.1(E), Gary W. Marsh, Nathan L. Garroway, and Jeffrey A. Zachman, and the law firm of McKenna Long & Aldridge LLP (collectively, "Counsel") move to withdraw as counsel for Defendants, Mosaica Education, Inc., Michigan Educational Facilities, LLC, ASI Texas, LLC, EFA Company, LLC, Lorain-Leavitt Properties, LLC, Warren-Elm Facilities, LLC, and Columbus-Morse Properties, LLC (collectively, "Defendants"), in the above captioned matter, and respectfully show the Court as follows:

1.	On January 26, 2015, no less than fourteen (14) days prior to submitting this motion, Counsel provided written notice (the "Notice") to Defendants of Counsel's intention to withdraw. A redacted copy of that Notice is attached hereto as Attachment "A."[1]

2.	Since this lawsuit is in its early stages, no discovery has been served, and no proceedings have been scheduled, Defendants' rights will not be prejudiced by Counsel's withdrawal.

3.	The withdrawal will not delay the trial of the action or otherwise interrupt the orderly operation of the Court or be manifestly unfair to Defendants.

4.	The Court's appointed Receiver has consented to Counsel's withdrawal .

5.	In compliance with Local Rule 83.1(E), Counsel has served Defendants with the Notice by electronic and United States mail.

WHEREFORE, Counsel respectfully requests that the Court enter an Order permitting Counsel to withdraw as attorneys of record for Defendants. A proposed order is attached hereto as Attachment "B" for the Court's convenience.

This 9th day of February, 2015.

---

[1] The Notice is redacted to protect the attorney-client privilege.

|  |  |
|---|---|
|  | By: */s/ Gary W. Marsh* |
|  | Gary W. Marsh |
|  | Georgia Bar No. 471290 |
|  | gmarsh@mckennalong.com |
|  | Nathan L. Garroway |
|  | Georgia Bar No. 142194 |
|  | ngarroway@mckennalong.com |
|  | Jeffrey A. Zachman |
|  | Georgia Bar No. 254916 |
| MCKENNA LONG & ALDRIDGE LLP | jzachman@mckennalong.com |
| 303 Peachtree Street, NE. Suite 5300 |  |
| Atlanta, GA  30308 |  |
| Telephone:  (404) 527-4000 |  |
| Facsimile:   (404) 527-4198 | *Withdrawing Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2015, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Graham H. Steiglitz | J. Robert Williamson |
| gstiegli@burr.com | rwilliamson@swlawfirm.com |
| Michael L. Hall | J. Hayden Kepner, Jr. |
| mhall@burr.com | hkepner@swlawfirm.com |
| BURR & FORMAN, LLP | SCROGGINS & WILLIAMSON, P.C. |

*/s/ Gary W. Marsh*
Gary W. Marsh
Nathan L. Garroway
Jeffrey A. Zachman