# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:14-cv-03017-TCB**
**Tatonka Capital Corporation v. Mosaica Education, Inc. et al**
Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 03/27/2015.

TIME COURT COMMENCED: 1:45 P.M.
TIME COURT CONCLUDED: 2:55 P.M.    COURT REPORTER: Andy Ashley
TIME IN COURT: 1:10    DEPUTY CLERK: Suzy Edwards
OFFICE LOCATION: Newnan

ATTORNEY(S) PRESENT:
James Brigman representing ASI Texas, LLC
James Brigman representing Columbus-Morse Properties, LLC
James Brigman representing EFA Company, LLC
James Brigman representing Lorain-Leavitt Properties, LLC
James Brigman representing Michigan Educational Facilities, LLC
James Brigman representing Mosaica Education, Inc.
James Brigman representing Warren-Elm Facilities, LLC
Michael Hall representing Tatonka Capital Corporation
James Kepner representing GGG Partners, LLC
James Kepner representing Katie S. Goodman
Alexa Ross representing ASI Texas, LLC
Alexa Ross representing Columbus-Morse Properties, LLC
Alexa Ross representing EFA Company, LLC
Alexa Ross representing Lorain-Leavitt Properties, LLC
Alexa Ross representing Michigan Educational Facilities, LLC
Alexa Ross representing Mosaica Education, Inc.
Alexa Ross representing Warren-Elm Facilities, LLC
Graham Stieglitz representing Tatonka Capital Corporation
Kevin Stine representing CXA CORPORATION
Ashley Thompson representing CXA CORPORATION

OTHER(S) PRESENT:
Carol Hansen, CEO of Tatonka Capital Corp.
Dawn Adelman, representing shareholders of Mosaica Education
Katie S. Goodman, Receiver

PROCEEDING CATEGORY: Motion Hearing(Other Evidentiary Hearing-Contested);

MOTIONS RULED ON:
[79]Motion for Order of Sale GRANTED
[80]Motion for Order of Sale GRANTED
[81]Motion for Order of Sale GRANTED proceeds in excess of the first lien are to be held for briefing and an additional hearing.

|  |  |
|---|---|
|  | [84]Motion for Order of Sale GRANTED |
|  | [106]Motion for Order DENIED |
| MINUTE TEXT: | Court heard from counsel re: motions for order of sale. Motion 79 granted; Ex. 1-4 admitted. Motions 80 and 84 granted. Discussion re: right of the shareholders to be represented in this matter. Ex. 5, admitted. Carol Hansen, sworn and testified, on cross examination by CXA. Order forthcoming, to be provided to the Court by counsel. Motion 106 denied. CXA objected to Ex. 5; requested a 60-day discovery period to begin immediately. Court granted leave to commence with discovery today. Motion 81 granted; the proceeds in excess of the first lien are to be held for briefing and an additional hearing. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |