EXHIBIT "A"



**GGG Partners, LLC**
3155 Roswell Road NE
Suite 120
Atlanta, GA  30305

# INVOICE

FEDERAL TAX ID # 45-4077404

Invoice:   20150403MOS
invoice Date:  4/03/2015
**Due date:  per Receiver order**

**To:**
Mosaica Education, Inc.
3400 Peachtree Street, Suite 550
Atlanta, GA 30326

**From:**
GGG Partners, LLC
3155 Roswell Road NE, Suite 120
Atlanta, GA  30305

Via E-Mail: kgoodman@gggpartners.com

| DESCRIPTION | TOTAL |
|---|---|
| Tatonka Capital Corporation v. Mosaica Education, Inc. et al. In accordance with the Order Appointing Receiver dated October 21, 2014, for the period March 15, 2015 through April 1, 2015 | |
| Katie S. Goodman - Fees (See attached Detail) | 37,590.00 |
| Joseph V. Pegnia – Fees (See attached Detail) | 33,117.50 |
| Katie S. Goodman – Expenses (See attached Detail) | 3,220.95 |
| Joseph V. Pegnia – Expenses (See attached Detail) | 1,412.89 |
| Total | 75,341.34 |



GGG Partners, LLC
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Expenses
for the period March 15, 2015 through April 1, 2015

| Date | Professional | Type | Description | | Amount |
|---|---|---|---|---|---|
| 3/17/15 | Goodman | Ground Transp. | Car Rental Ohio | $ | 108.64 |
| 3/17/15 | Goodman | Lodging | Hotel Columbus OH | | 151.58 |
| 3/19/15 | Goodman | Airfare | Flight ATL / DTW / PHI / ATL | | 1,552.30 |
| 3/23/15 | Goodman | Ground Transp. | OH Car | | 82.85 |
| 3/23/15 | Goodman | Lodging | OH Hotel | | 133.38 |
| 4/1/15 | Goodman | Airfare | R/T New York | | 1,192.20 |
| | | | Total Goodman | $ | 3,220.95 |
| 3/30/15 | Pegnia | Airfare | ATL - LGA round trip | | 1,006.20 |
| 3/30/15 | Pegnia | Lodging | Hotel in NY (1 night) | | 250.33 |
| 3/30/15 | Pegnia | Ground Transp. | Taxi from LGA to office | | 51.62 |
| 3/30/15 | Pegnia | Other | in flight internet for working | | 21.95 |
| 3/31/15 | Pegnia | Ground Transp. | Taxi from office to LGA | | 50.79 |
| 3/31/15 | Pegnia | Ground Transp. | Parking in ATL | | 32.00 |
| | | | Total Pegnia | $ | 1,412.89 |



GGG Partners, LLC
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Time Detail - Katie S. Goodman
for the period March 15, 2015 through April 1, 2015

| Date | Hours | Description | Rate | Fee |
|---|---|---|---|---|
| 3/16/15 | 5.5 | Work onsite with employees at MEI (9 - 3): general questions and responses; review financial processes and procedures; review financials; work on responses to due diligence information; review and comment on process letter; work through information and responses and issues with ASPA issues. | $ 350 | $ 1,925.00 |
| 3/16/15 | 0.5 | Discussion with business development regarding current status. | 350 | 175.00 |
| 3/16/15 | 0.6 | Call with RVP regarding school, potential termination and responses. | 350 | 210.00 |
| 3/17/15 | 10.0 | Day in Ohio: fly to Akron, meeting with OCCS (2.5); drive to Mansfield and meet with Foundation Board (1.5); drive to Columbus and meet with CHATA board (2.5); meet with marketing (2). Invoice day rate. | 350 | 3,500.00 |
| 3/18/15 | - | Travel to Atlanta (2 hours n/c). | 350 | - |
| 3/18/15 | 1.5 | Review and discuss school financials and potential issues with RVP and accountant. | 350 | 525.00 |
| 3/18/15 | 2.0 | Request and review information on school; review and prepare potential response. | 350 | 700.00 |
| 3/18/15 | 1.0 | Calls with Huron regarding process. | 350 | 350.00 |
| 3/18/15 | 0.8 | Multiple calls regarding marketing. | 350 | 280.00 |
| 3/18/15 | 0.9 | Call with RVP regarding role and presentations. | 350 | 315.00 |
| 3/18/15 | 0.4 | Update call with Dawn Eidelman. | 350 | 140.00 |
| 3/18/15 | 1.0 | Prepare information on rental rates, enrolment, budgets and free cash flow for school. | 350 | 350.00 |
| 3/18/15 | 0.7 | Review and update on real property. | 350 | 245.00 |
| 3/19/15 | 0.5 | Participate in status call with Huron. | 350 | 175.00 |
| 3/19/15 | 6.5 | Meetings and presentations with potential investors at offices of Huron; prepare and respond to additional questions (10 - 4:30). | 350 | 2,275.00 |
| 3/19/15 | 0.6 | Discussion with RVP regarding potential meeting with authorizer. | 350 | 210.00 |



GGG Partners, LLC
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Time Detail - Katie S. Goodman
for the period March 15, 2015 through April 1, 2015

| Date | Hours | Description | Rate | Fee |
|---|---|---|---|---|
| 3/19/15 | 0.3 | Call with modular unit provider. | 350 | 105.00 |
| 3/19/15 | 0.3 | Update call with board member. | 350 | 105.00 |
| 3/20/15 | 5.5 | Work on site a MEI (9 - 2:30): calls with real estate broker regarding CHATA; meeting with Gene Eidelman regarding meetings next week; kick off work on revised accounting procedures. | 350 | 1,925.00 |
| 3/20/15 | 0.7 | Calls regarding ATAP. | 350 | 245.00 |
| 3/21/15 | 0.8 | Call with potential purchaser and follow up. | 350 | 280.00 |
| 3/21/15 | 1.0 | Respond to outstanding questions and follow up on school audits. | 350 | 350.00 |
| 3/22/15 | 0.7 | Review status of renewals; update . | 350 | 245.00 |
| 3/23/15 | 1.4 | Call with RVP; follow up with head of school regarding board meeting, presentation materials; prepare and review materials. | 350 | 490.00 |
| 3/23/15 | 0.6 | Discussion with RVP regarding termination of management contract. | 350 | 210.00 |
| 3/23/15 | 2.5 | Work through general school / operational questions compile data re: such for sale. | 350 | 875.00 |
| 3/23/15 | 1.0 | Work on real estate sales. | 350 | 350.00 |
| 3/23/15 | 3.5 | Review school financials and cash flow / methods to profitability and board materials. | 350 | 1,225.00 |
| 3/23/15 | 0.7 | Discussion on lease rates for school. | 350 | 245.00 |
| 3/24/15 | 10.0 | Day in Michigan: day rate: review school financials; multiple calls with banker; discussion and review of Ohio schools with authorizer; review school merger; draft and send letter to board members of OH school; meeting with HOS at school in Michigan. | 350 | 3,500.00 |
| 3/25/15 | - | Travel from Michigan to Atlanta (2.5 hours - no charge). | 350 | - |
| 3/25/15 | 3.5 | Work in office with employees on marketing and budgets; real estate; financial items at various schools; due diligence. | 350 | 1,225.00 |
| 3/25/15 | 1.5 | Work with real estate agent on re bidding property; leases; escalations and other. | 350 | 525.00 |



GGG Partners, LLC
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Time Detail - Katie S. Goodman
for the period March 15, 2015 through April 1, 2015

| Date | Hours | Description | Rate | Fee |
|---|---|---|---|---|
| 3/25/15 | 0.8 | Discussion with head of school regarding lockdown, alternate options. | 350 | 280.00 |
| 3/25/15 | 1.0 | Review insurance and renewal information; call regarding same with broker. | 350 | 350.00 |
| 3/25/15 | 0.5 | Response to questions from Huron. | 350 | 175.00 |
| 3/26/15 | 3.0 | Work in the office on general business issues. | 350 | 1,050.00 |
| 3/26/15 | 1.3 | Discussion with Ohio counsel regarding school status and renewals. | 350 | 455.00 |
| 3/26/15 | 0.9 | Call with potential buyer regarding cash flow. | 350 | 315.00 |
| 3/26/15 | 0.6 | Discussion with RVP regarding progress, status of LOI and related. | 350 | 210.00 |
| 3/26/15 | 1.5 | Respond to outstanding messages and e-mails regarding sale, progress, cash, authorization and other. | 350 | 525.00 |
| 3/27/15 | 0.5 | Call with RVP regarding board meeting. | 350 | 175.00 |
| 3/27/15 | 0.4 | Discussion with counsel regarding board meeting. | 350 | 140.00 |
| 3/27/15 | 1.5 | Meeting with lender regarding hearing, sale and related; call with Huron re: process. | 350 | 525.00 |
| 3/27/15 | 0.4 | Discussion with head of school regarding financing materials. | 350 | 140.00 |
| 3/27/15 | 3.5 | Drive to court in Newnan, attend hearing regarding sale of property and return. | 350 | 1,225.00 |
| 3/27/15 | 0.3 | Update call with Dawn Eidelman. | 350 | 105.00 |
| 3/27/15 | 0.4 | Confer with Hayden Kepner regarding sales. | 350 | 140.00 |
| 3/28/15 | 2.0 | Work on financing package. | 350 | 700.00 |
| 3/29/15 | 2.5 | Work through financing package and data for school. | 350 | 875.00 |
| 3/29/15 | 0.6 | Discussion with potential investor. | 350 | 210.00 |
| 3/30/15 | 0.6 | Review letters of intent and comment. | 350 | 210.00 |
| 3/30/15 | 0.9 | Work on various insurance issues . | 350 | 315.00 |
| 3/30/15 | 2.0 | Calls with Huron and review information / cash flow and other related to sale. | 350 | 700.00 |
| 3/30/15 | 1.2 | Begin review on management agreements for OH. | 350 | 420.00 |
| 3/30/15 | 0.8 | Review and update status of schools; check in with RVPs. | 350 | 280.00 |
| 3/31/15 | 2.5 | Work on various items related to investment. | 350 | 875.00 |



GGG Partners, LLC
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Time Detail - Katie S. Goodman
for the period March 15, 2015 through April 1, 2015

| Date | Hours | Description | Rate | Fee |
|---|---|---|---|---|
| 3/31/15 | 0.6 | Call with RVP regarding replacing head of school. | 350 | 210.00 |
| 3/31/15 | 0.7 | Discussion with RVP regarding management termination and review related issues. | 350 | 245.00 |
| 3/31/15 | 0.3 | Call with Hayden Kepner for update.. | 350 | 105.00 |
| 3/31/15 | 1.0 | Discussions with IB and update. | 350 | 350.00 |
| 3/31/15 | 1.2 | Multiple discussions regarding CHATA lease and review comments and drafts. | 350 | 420.00 |
| 3/31/15 | 1.5 | Review and respond to multiple questions from employees. | 350 | 525.00 |
| 4/1/15 | 0.7 | Work through school financing issues. | 350 | 245.00 |
| 4/1/15 | 1.5 | Work through various items on the sales and investment process. | 350 | 525.00 |
| 4/1/15 | 0.5 | Review and send appraisal. | 350 | 175.00 |
| 4/1/15 | 1.0 | Calls with school regarding management agreement, follow up and review. | 350 | 350.00 |
| 4/1/15 | 0.4 | Call with head of school and attend board meeting. | 350 | 140.00 |
| 4/1/15 | 0.3 | Review marketing and verify plans for school. | 350 | 105.00 |
| 4/1/15 | 1.5 | Review and calls on financing / terminations. | 350 | 525.00 |
| | 107.4 | Total | | $ 37,590.00 |



GGG Partners, LLC
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Time Detail - Joseph V. Pegnia
for the period March 15, 2015 through April 1, 2015

| Date | Hours | Description | Rate | Fee |
|---|---|---|---|---|
| 3/15/15 | 2.3 | Cash flow variance analysis for the two weeks ended 3/13/15 | 325 | 747.50 |
| 3/16/15 | 8.5 | Revise budget and circulate to TCC, shareholder. Discuss budget with KG. Call with M. Walker and B. Graham re: Muskegon Heights settlement deductions. | 325 | 2,762.50 |
| 3/17/15 | 8.9 | Reconcile bank accounts, pay bills, Paragon demonstration with potential buyer, gathering documents for data room, calls re: Arizona workers compensation claim. Working on response to Muskegon re: proposed deductions. | 325 | 2,892.50 |
| 3/18/15 | 5.5 | Research information on Warren debt. Finalize Muskegon Heights response. Call re workers compensation claim. Discuss marketing budgets for OH. | 325 | 1,787.50 |
| 3/19/15 | 8.2 | Meetings with Victory education and conference call with Tatonka. Call with CT Corp re past due AP. Call with Massa and Goodman re: closed school. | 325 | 2,665.00 |
| 3/19/15 | 1.1 | Send cash sheet to Huron and draft email with explanatory notes. Review information on cornerstone and send to any Borman. | 325 | 357.50 |
| 3/20/15 | 0.6 | Reconcile bank accounts. | 325 | 195.00 |
| 3/20/15 | 0.8 | Call with Massa re school cash. Call with S Wu, D. Miller and K. Goodman re New York office. | 325 | 260.00 |
| 3/23/15 | 5.2 | Calls re interco balance reconciliation. Muskegon, call with Goodman about Hilco, John Tinile, Todd Haney, Hayden Kepner. Reconcile bank accounts. | 325 | 1,690.00 |



GGG Partners, LLC
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Time Detail - Joseph V. Pegnia
for the period March 15, 2015 through April 1, 2015

| Date | Hours | Description | Rate | Fee |
|---|---|---|---|---|
| 3/23/15 | 2.3 | Review payroll and expense reimbursement requests.  Draft email with questions about same.  Update cash flow forecast and analyze collections to be made. | 325 | 747.50 |
| 3/24/15 | 7.5 | Review draft APA, working on Muskegon analysis.  Review payrolls for 3/31.  MPAC letter.  Update cash flow forecast. | 325 | 2,437.50 |
| 3/25/15 | 10.0 | Reconcile bank accounts, call with potential investor (3.0), Ohio management fee analysis.  Respond to due diligence questions.  Call with health insurance broker. | 325 | 3,250.00 |
| 3/26/15 | 5.0 | Prepare analysis of cash needs for closing.  Review payroll tax statements and prepare summary of amounts due.  Respond to numerous emails requesting due diligence information. | 325 | 1,625.00 |
| 3/27/15 | 3.0 | Review and verify payroll cash requirements with K. Augenstein and Paychex. | 325 | 975.00 |
| 3/29/15 | 3.0 | Review and respond to emails about marketing expenses, payroll.  Update cash flow and begin preparing variance analysis. | 325 | 975.00 |
| 3/30/15 | 10.0 | Working in NY office.  Analyze cash availability and pay expenses.  CASSA rent.  Working with K. Mehta on CSC matters.  Cash flow variance analysis. | 325 | 3,250.00 |
| 3/31/15 | 10.0 | Meeting with potential investor.  New York office team meeting.  Review Cornerstone plain english offering document.  Working on information for real estate investor.  Calls with A. Montooth.  Discuss next week with S. Wu. | 325 | 3,250.00 |
| 4/1/15 | 10.0 | Call with real estate investor, update cash flow forecast, make arrangements to pay expenses, arrange for support for Arizona schools. | 325 | 3,250.00 |



GGG Partners, LLC
Tatonka Capital Corporation v. Mosaica Education, Inc. et al.

Time Detail - Joseph V. Pegnia
for the period March 15, 2015 through April 1, 2015

| Date | Hours | Description | Rate | Fee |
|------|-------|-------------|------|-----|
|      | 101.9 | Total       |      | $ 33,117.50 |