**SCROGGINS & WILLIAMSON**
1500 CANDLER BUILDING
127 PEACHTREE STREET, N.E.
ATLANTA, GA 30303

TAX I.D. NO. 58-2082550

**EXHIBIT "A"**

Mosaica Education, Inc.
c/o Katie Goodman
GGG Partners, LLC
5883 Glenridge Drive, Suite 160
Atlanta, GA 30328

April 06, 2015

RE:

Fees and Expenses from     March 01, 2015     to     March 31, 2015

PROFESSIONAL SERVICES

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 3/2/2015 | JHK | Research on potential liability for unpaid taxes (1.5); telephone conference with K. Goodman regarding same and issues with EIPC and G. Eidelman (0.5); draft, revise, finalize and circulate proposed motion to amend receiver order (3.8); review objections to proposed budget by M. Connolly and K. Goodman's proposed response to same (0.5); e-mail correspondence with E. Anderson regarding sale procedures order (0.2); review e-mail correspondence from K. Goodman and J. Pegnia on various matters and respond to same (0.5); multiple e-mails with G. Stieglitz (0.4) | 7.40 | $3,145.00 |
| 3/3/2015 | JHK | Review proposed affidavit of damages regarding Spirit and e-mail correspondence with Receiver regarding same (0.5); finalized proposed form of motion revisions to receiver order and circulate same (1.3); prepare for and participate in conference call with G. Stieglitz, M. Hall and K. Goodman regarding revisions to order, Midland, and tomorrow's call with Court (1.3); review more proposed revisions to motion to revise order and incorporate same (0.6) | 3.70 | $1,572.50 |
| 3/4/2015 | JHK | Further review of proposed revisions to motion to amend order and proposed order authorizing sale procedures (0.5); revise same (0.4); prepare for and participate in status hearing before Judge Batten regarding issues in case (1.5); telephone conference with attorney for Steam Academy in Cleveland regarding landlord issues (0.5); further e-mail correspondence and telephone conferences with Receiver regarding issues in case (0.4); review issues regarding filing inventory, propose changes in receiver order, and e-mail correspondence with parties in interest regarding same (0.7); e-mail correspondence and telephone conference with CXA attorney regarding requests for information and | 5.00 | $2,125.00 |

Mosaica Education, Inc.                                                                                      Page 2

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | forward same to K. Goodman with comments (0.5); review indications of interest and correspondence from Tatonka regarding same (0.5) | | |
| 3/5/2015 | JHK | Review STAR stipulation, forward same to client, and e-mail correspondence with STAR counsel regarding same (0.6); review draft of inventory and e-mail correspondence with K. Goodman regarding same (0.5); review and respond to e-mail correspondence regarding open issues (0.4); begin review of assignment and agreement and related motion from Tatonka regarding CHATA (0.6); review orders entered by Court and circulate same (0.3); e-mail correspondence with G. Eidelman (0.2); e-mail correspondence with CXA attorney regarding requested documents (0.3); e-mail correspondence with K. Goodman regarding same (0.1); e-mail correspondence with Steam Academy attorney regarding landlord issues (0.3); further revisions to motion to amend receiver order (0.4) | 3.70 | $1,572.50 |
| 3/6/2015 | JHK | Telephone conference with K. Goodman regarding inventory, motion to revise receiver order, Spirit issues, asset purchase agreement and other matters (0.7); telephone conference with R. Kozar regarding Spirit issues (0.4); telephone conference with D. Cole regarding damages and proposed stipulation (0.4); telephone conference with K. Goodman regarding same and STAR Academy stipulation (0.5); begin work on draft asset purchase agreement (1.5); e-mail correspondence with Steam Academy attorney regarding payment of rent going forward (0.3); e-mail correspondence and telephone conference with Court regarding hearing dates and orders (0.5); draft new stipulation extending answer date and circulate same (0.4); begin working on notice of sales (0.5); e-mail correspondence with Arizona counsel regarding status of litigation (0.3); review Spirit damage analysis from client (0.4) | 5.90 | $2,507.50 |
| 3/9/2015 | JRW | Review pleadings and e-mail correspondence; conference with Mr. Kepner | 0.70 | $297.50 |
| | JHK | Review proposed assignment agreement regarding CHATA and telephone conference with K. Goodman regarding same (0.5); review proposals regarding Spirit settlement amounts and telephone conference with K. Goodman regarding same (0.4); conference with R. Williamson regarding same (0.3); review CXA agreement (0.3); e-mail correspondence with Court regarding hearing dates for sale motions (0.2); draft proposed notices of sale and forward same to K. Goodman and Tatonka attorneys (0.7); draft proposed notice of hearings and review service lists for same (0.4); review and respond to Tatonka's response to motion to amend receivership order and | 3.40 | $1,445.00 |

Mosaica Education, Inc.                                                                   Page 3

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | assignment agreement (0.6) | | |
| 3/10/2015 | JHK | Telephone conference with Steam Academy attorney regarding lease issues (0.3); revise and finalize notices of sale hearing including service of same (0.5); telephone conference with J. Pegnia regarding notices to publish (0.2); e-mail correspondence with Spirit attorney regarding past due rental obligations and proposed stipulation (0.5); telephone conference with attorney for Spirit regarding issues at Bingham and possible settlement (0.5); telephone conference with K. Goodman regarding same (0.3); follow up call with Spirit attorney (0.3); review complaint and exhibits filed by Spirit in Ohio litigation and begin working on answer to same (1.0); e-mail correspondence with R. Kozar regarding proposed answer (0.3); review notices of real estate sales (0.3); e-mail correspondence with D. Dowd regarding Inkster asset purchase agreement and forward same (0.5); e-mail correspondence with Rand McClellan regarding Spirit litigation and answer (0.3) | 5.00 | $2,125.00 |
| 3/11/2015 | JRW | Conference with Mr. Kepner regarding CHATA closing issues | 0.50 | $212.50 |
| | JHK | Review fee statement (0.3); review GGG fee statement and prepare for filing (0.3); file fee statement (0.2); draft and revise answer to Spirit complaint, including review of all exhibits (2.5); e-mail correspondence and telephone conference with R. Kozar and K. Goodman regarding same (0.6); review final draft of same and forward to K. Goodman (0.4); conference with R. Williamson regarding assignment and release document with Tatonka regarding CHATA sale (0.5); review and organize files in pending matters and update to do list (1.2) | 6.00 | $2,550.00 |
| 3/12/2015 | JHK | Draft forms of asset purchase agreement for bankruptcy sale and receivership sale (4.5); e-mail correspondence with J. Pegnia and K. Goodman regarding same (0.3); telephone conference with D. Dowd and G. Stieglitz regarding status of presentations to potential purchasers (0.4); telephone conference with K. Goodman regarding same (0.2); follow up e-mail correspondence and telephone conference with D. Dowd regarding same (0.2); e-mail correspondence with Spirit attorney regarding issues in Ohio litigation (0.3); e-mail correspondence with R. Kozar regarding filing response in Ohio litigation (0.2) | 6.10 | $2,592.50 |
| 3/13/2015 | JHK | Continue working on draft asset purchase agreements (2.4); e-mail correspondence with J. Pegnia and K. Goodman regarding same (0.3); review and respond to detailed correspondence from D. Cole regarding | 4.20 | $1,785.00 |

Mosaica Education, Inc.                                                                                      Page 4

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | Spirit litigation and status of same (0.5); e-mail correspondence with M. Hall regarding sales of real estate (0.5); review order and stipulation entered by Court (0.2); e-mail correspondence with B. Schwartz regarding Wells Fargo/Spirit issues (0.3) | | |
| 3/16/2015 | JRW | Review e-mail correspondence and respond to same | 0.30 | $127.50 |
| | JHK | Telephone conference with B. Rothschild regarding MEI shareholder representation and e-mail correspondence regarding same (0.7); review and file GGG invoice (0.3); review and file monthly accounting (0.4); e-mail correspondence with B. Rothschild regarding Mosaica issues and respond to questions regarding same (0.3); continue working on asset purchase agreement (3.3); review MPact management agreement for issues regarding termination of same (1.2); review briefs in Spirit v Bingham case and telephone conference with D. White regarding same (0.8); review motion to amend scheduling order in Spirit Ohio litigation and telephone conference with R. Kozar and D. Cole regarding same (0.5); review Arizona subpoena and correspondence regarding same (0.4); review budget and forward to Tatonka (0.5) | 8.40 | $3,570.00 |
| 3/17/2015 | JHK | Telephone conference with D. White regarding Bingham Arts litigation (0.5); revise and finalize asset purchase agreement and forward to client for review (2.6); review asset purchase agreement in event of bankruptcy sale (1.5); e-mail correspondence with Steam Academy attorney regarding various issues and follow up with K. Goodman regarding same (0.6); e-mail correspondence and telephone conference with K. Goodman regarding procedures for terminating management agreement and draft proposed termination letter regarding same (1.2); e-mail correspondence with Huron regarding potential revisions to asset purchase agreement (0.5); review motion to amend litigation schedule in Spirit litigation (0.2) | 7.10 | $3,017.50 |
| 3/18/2015 | JRW | Conference with Mr. Kepner regarding status of pending sales | 0.30 | $127.50 |
| | JHK | Review issues for sale of real properties and organize files regarding same (1.2); e-mail correspondence and telephone conference with Huron regarding asset purchase agreement (0.5) | 1.70 | $722.50 |
| 3/19/2015 | JHK | Review issues regarding hearings on sale of real estate, prepare detailed list of issues, and e-mail correspondence with K. Goodman regarding same (0.8); review appraisals, notices, and other materials regarding real estate sale (1.5); work on preparations for hearing to approve real estate sales (1.6); e-mail correspondence with Hilco | 6.40 | $2,720.00 |

Mosaica Education, Inc.                                                                                      Page 5

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding same (0.3); review motion and brief filed by defendants (0.5); telephone conference with defendants' attorney regarding same (0.6); review detailed comments on asset purchase agreement from Huron and begin revising same (0.7); e-mail correspondence with M. Hall regarding revisions to receivership order (0.4) | | |
| 3/20/2015 | JRW | Telephone conference with Mr. Kirschner regarding sale process; conference with Mr. Kepner; review e-mail correspondence and respond to same | 0.70 | $297.50 |
| | JHK | Review order in Bingham case (0.3); review and respond to First Eagle (0.3); review proposed revisions to asset purchase agreement (0.5); e-mail correspondence with K. Goodman (0.2); review issues with defendants' proposed attorney and telephone conference with attorney regarding same (0.7); make further revisions to asset purchase agreement and circulate same (1.5); telephone conference with K. Goodman regarding status of matters in Mosaica (0.6); prepare materials for hearing on motion to sell properties, amend receiver order, and other matters (2.1); e-mail correspondence with R. Burns regarding status of sale process (0.3); e-mail correspondence with Hilco regarding need for three appraisers, qualifications and other information for affidavits (0.5); telephone conference with T. Haney regarding same (0.5); review CXA objection to sale of Morse Road and e-mail correspondence with K. Goodman regarding same (0.6); finalize and forward letter to East Arts Academy regarding termination of agreement and telephone conference with K. Goodman regarding same (0.7); telephone conference with CXA attorney regarding objection (0.6); telephone conference with M. Hall regarding same (0.4) | 9.80 | $4,165.00 |
| 3/22/2015 | JHK | Revise asset purchase agreement per Huron's comments | 2.50 | $1,062.50 |
| 3/23/2015 | JHK | Finalize revisions to asset purchase agreement and forward to Huron (1.5); e-mail correspondence and telephone conference with J. Pegnia regarding issues regarding appraisers (0.3); continue preparations for hearing on sale motions (1.6); review supplemental objection by CXA, forward same to K. Goodman and M. Hall, and e-mail correspondence and telephone conferences regarding same (1.2); telephone conference with Hilco regarding appraisals (0.4); e-mail correspondence to K. Goodman regarding same (0.2); review information regarding appraisers and begin preparing affidavits for appraisers regarding sales and related documents (2.4); review correspondence from Court regarding need to move hearing (0.2); e-mail correspondence and telephone conference with K. Goodman and M. Hall and other attorneys regarding same (0.5); correspondence with | 10.40 | $4,420.00 |

Mosaica Education, Inc.                                                                                   Page 6

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | Court regarding same (0.2); review liens and security instruments regarding properties (1.0); e-mail correspondence with K. Goodman regarding issues regarding sale of real properties and operating assets (0.3); review legal description of Morse Road property (0.3); review STAR Academy stipulation and e-mail correspondence with landlord counsel regarding same (0.3) | | |
| 3/24/2015 | JRW | Review e-mail correspondence and respond to same; conference with Mr. Kepner; telephone conference with Ms. Goodman | 1.40 | $595.00 |
| 3/25/2015 | JHK | E-mail correspondence with K. Goodman regarding hearing on sale motions and other issues (0.4); review, revise and circulate proposed affidavits for Hilco appraisers (0.6); telephone conference with M. Hall regarding Friday's hearing (0.5); review correspondence with Court regarding sale hearings and forward same (0.3); finalize and forward proposed affidavits for appraisers and e-mail correspondence regarding same (1.7); review documents regarding loans and security interests in properties being sold (1.2); revise and forward draft asset purchase agreement to Huron and client (1.3); e-mail correspondence with Steam Academy attorney (0.2); review executed affidavits of appraisers (0.5) | 6.70 | $2,847.50 |
| 3/26/2015 | JHK | Review documents related to sale and revised asset purchase agreement and e-mail correspondence regarding same | 1.20 | $510.00 |
| 3/27/2015 | JHK | Preparation for and attend hearing on motions to sell real properties, including preparing outline of argument, exhibits and review documents regarding Tatonka's claims and liens, and negotiations with opposing counsel (8.5); begin preparing orders approving sales and setting hearing date (0.5) | 9.00 | $3,825.00 |
| 3/30/2015 | JRW | Conference with Mr. Kepner | 0.30 | $127.50 |
| | JHK | Prepare for and participate in status conference regarding GTAS and Atlanta Preparatory Academy (1.0); telephone conference with client regarding same (0.2); review order regarding same (0.5); begin drafting orders approving sales of real estate and setting status conference (3.0); telephone conferences with M. Hall regarding same (0.5); telephone conferences with K. Stine regarding same (0.4); review lien issues (0.5) | 6.10 | $2,592.50 |
| 3/31/2015 | JHK | Review, revise and file proposed order dismissing cross-claims between Mosaica and Atlanta Preparatory Academy and e-mail correspondence and telephone conference with opposing counsel regarding same | 5.90 | $2,507.50 |

Mosaica Education, Inc.                                                                   Page 7

---

| Date | Init. Description | Hours | Amount |
|---|---|---|---|
| | (0.8); review and respond to issues regarding STAR Academy (0.5); e-mail correspondence with E. Anderson and others regarding Youngstown Academy issues and need for conference call (0.6); review order in GTAS case (0.4); finalize and circulate proposed forms of orders regarding real estate sales (1.0); review M. Hall's proposed revisions to orders and telephone conference with K. Goodman regarding same (0.7); review Columbus-Morse title commitment (0.5); review issues regarding Youngstown property (0.9); e-mail correspondence and telephone conference with K. Goodman regarding sale of Morse Road property and operating assets (0.5) | | |

**For Professional Services Rendered:**                                  129.80   $55,165.00

**Additional Charges :**

| | Description | |
|---|---|---|
| Courier Costs | Courier Cost | 12.65 |
| Pacer Service Center | Pacer Service Center Charge | 64.20 |
| Photocopies | Copy Charges (1,687 pp x $0.15) | 253.05 |
| Postage | Postage | 63.94 |

**Total Expenses:**                                                                  $393.84

**Total amount of this bill**                                                    $55,558.84

**Timekeeper Summary**

| Name | Hours | Rate |
|---|---|---|
| J. Hayden Kepner, Jr. | 125.60 | 425.00 |
| J. Robert Williamson | 4.20 | 425.00 |