IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TATONKA CAPITAL CORPORATION, a Colorado corporation, <br><br> Plaintiff, <br><br> v. <br><br> MOSAICA EDUCATION, INC., a Delaware corporation; MICHIGAN EDUCATIONAL FACILITIES, LLC, a Delaware limited liability company; ASI TEXAS, LLC, a Delaware limited liability company; EFA COMPANY, LLC, a Michigan limited liability company; LORAIN-LEAVITT PROPERTIES, LLC, a Georgia limited liability company; WARREN-ELM FACILITIES, LLC, a Georgia limited liability company; and COLUMBUS-MORSE PROPERTIES, LLC, a Georgia limited liability company, <br><br> Defendants. | Civil Action No. <br> 1:14-cv-03017-TCB |

## NOTICE OF FILING EXHIBIT TO RECEIVER'S MOTION TO APPROVE SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF THE DEFENDANTS, INCLUDING REAL ESTATE

COMES NOW, GGG Partners, LLC (the "**Receiver**"), a Georgia limited liability company, solely in its capacity as court-appointed receiver for the above-captioned Defendants, including Mosaica Education, Inc. ("**MEI**") and certain of its wholly owned subsidiaries (the "**Defendant Subsidiaries**"), and provides notice

- 1 -

of filing the attached Letter of Intent as the exhibit to the Receiver's Motion to Approve Sale of Substantially All of the Assets of the Defendants, Including Real Estate, filed April 20, 2015 [Dkt. No. 145].  The Letter of Intent was inadvertently omitted from the Receiver's Motion.

Respectfully submitted, this 20th day of April, 2015.

SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 1500 Candler Building | /s/ J. Hayden Kepner, Jr. |
| 127 Peachtree Street, N.E. | J. ROBERT WILLIAMSON |
| Atlanta, GA 30303 | Georgia Bar No. 765214 |
| T:  (404) 893-3880 | J. HAYDEN KEPNER, JR. |
| E:  rwilliamson@swlawfirm.com | Georgia Bar No. 416616 |
|      hkepner@swlawfirm.com | |

*Counsel for the Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **Notice of Filing Exhibit to Receiver's Motion to Approve Sale of Substantially All of the Assets of the Defendants, Including Real Estate** with the Clerk of the Court via the CM/ECF system, which will automatically send notification to the attorneys of record.

This 20th day of April, 2015.

SCROGGINS & WILLIAMSON, P.C.

1500 Candler Building  /s/ J. Hayden Kepner, Jr.
127 Peachtree Street, N.E.  J. ROBERT WILLIAMSON
Atlanta, GA 30303  Georgia Bar No. 765214
T:  (404) 893-3880  J. HAYDEN KEPNER, JR.
E:  rwilliamson@swlawfirm.com  Georgia Bar No. 416616
      hkepner@swlawfirm.com

*Counsel for the Receiver*