**PANSOPHIC LEARNING**

1660 Tysons Blvd., #630
McLean, VA 22102
contact@pansophiclearning.com

EXHIBIT TO MOTION TO
APPROVE SALE OF ASSETS

Jason Kirshner
Huron Business Advisory

April 10, 2015

Dear Jason,

Pansophic Learning US LLC is pleased to offer this non-binding Letter of Intent, summarizing the principal terms of the acquisition of substantially all of the assets of Mosaica Education Inc. We anticipate a process and transaction that materially complies with the terms below. Of course at this stage, the offer is non-binding and contingent upon further negotiation and due diligence. However, it is strongly indicative of our intent.

Buyer: Pansophic Learning US LLC (Pansophic)

Seller: Mosaica Education Inc. (MEI).

Scope of Purchase: All of the assets of Mosaica Education Inc. ("Mosaica" or "MEI")
Including (but not limited to) all operations, management contracts, receivables, notes, charter schools, online operations, international schools, personnel, real estate, buildings, furnishings and fixtures, intellectual property, technology, computers, tablets, servers, inventory and all associated assets of Mosaica. Closing on the purchase of Mosaica's online school assets will occur on December 12, 2015. Provision for the independent continued operation of that business until that transfer date will be needed.

Purchase Price: Total consideration of $24,565,000 including: Real estate valued at $10,565,000, and MEI business assets and operations valued at $14m. Purchase valuation has been based on financial documents provided to date that are assumed to be substantially correct.

Disposition of Debt:

Proceeds from this transaction will be used to repay indebtedness owed to Tatonka Capital Corporation (Tatonka) by Mosaica and for other corporate purposes. At closing, Tatonka will assign or transfer to the MEI, for nominal value, all notes and accounts receivable from the Charter Schools and related parties (which had previously been assigned by the MEI to Tatonka to secure repayment of its senior secured credit facilities) other than a note receivable known as the CATA/CPA Note, which will be retained by Tatonka subject to a maximum principal amount of $3 million. Other than the CATA/CPA Note, all notes and accounts receivable from the Charter Schools will be transferred to the Buyer by Tatonka as assets purchased in this transaction.

Real Estate Valuation and Individual Property allocations:

| Property | Value |
|---|---|
| 1408 Rigby St., Youngstown OH 44506 | $300,000 |
| 500 Griswald St., Jackson MI 49203 | $250,000 |
| 261 Elm Rd., Warren OH 44483 | $2,000,000* |
| 200 Highland Rd., Highland Park, MI 48230 | $70,000** |
| 3038 Leavitt Rd., Lorain OH 44053 | $155,000 |
| Fairburn Rd SW, Atlanta GA | $340,000 |
| 1333 Morse Rd, Columbus OH 43229 | $6,300,000** |

916-922 North 3'rd St., Harrisburg PA 17102         $800,000**
27355 Woodsfield Rd., Inkster MI 48141              $350,000**

*If the school tenant leaves for the 2015-16 FY, the purchase valuation will be $180k and the valuation of MEI will be increased by $1m (from $14m to $15m) and the value of the CATA/CPA note to be retained by Tatonka will be increased by $1m to $4m.

**Closing is not contingent upon conveyance of these properties to Pansophic

Exclusions from Purchase: It is our intent to inclusively acquire all of the assets, however we reserve the right in due diligence to reject certain assets that we believe are detrimental.

Adjustments to Purchase Price: If prior to closing, it becomes clear that any of the school properties will not open and operate under Mosaica management in FY 2016 (as a result of authorization-withdrawal, contract cancellations, or other acts), Pansophic will reduce the scope of purchase and adjust its financial offer. Additionally, the Purchase Price will be adjusted if Seller withholds asset(s) proportional to their value. The Purchase Price may also be adjusted if financials differ substantially from those represented.

Working Capital: A sufficient working capital balance will be transferred at closing that is seasonally adjusted for the time of year.

Form of Consideration: Payment to be offered in Cash.

Sufficiency of Funds: Pansophic holds sufficient reserve capital to consummate this transaction. No debt financing will be required.

Right to Hire: Pansophic shall have the right to hire, at its discretion, any and all employees of Mosaica.

Due Diligence Requirements: Final terms and closing shall be contingent upon customary financial, legal, and operating due diligence to be conducted during a 30 day period prior to closing. We anticipate that remaining due diligence will focus on the historical financial performance of the operating school properties, structure of the overhead organization, evaluation of real estate and leases, review of management and service agreements, and assessment of the condition of relations with charter school boards and government authorizers. During the due diligence we expect to perform a standard quality of earning evaluation, site inspections of the school properties, meetings with charter authorizers, meetings with the management team and the management of each school property, and standard legal due diligence.

Transaction Support: Legal support for this transaction will be provided by Duane Morris LLP, Accounting and Tax support will be provided by Ernst and Young.

Due Diligence - Conditions of Closing: Quality of Earnings Report completed by audit firm, meetings with all school boards and charter authorizers, standard real estate inspections, environmental surveys as appropriate, and proof or evidence that any outstanding Federal Payroll Taxes have been satisfied prior to closing or will be satisfied at closing.

Consents: The transaction may require approval/consent/assignments of contract from all applicable local authorities and regulators. Seller agrees to facilitate any needed approvals prior to closing.

Target Closing Date: May10, 2015.

Approvals: Final documents and closing shall be subject to the discretionary approval of the Pansophic Learning US LLC Board of Directors. Such approval shall be achieved in the due diligence period prior to closing through our customary deal-review process.

Duration: This Letter of Intent will remain in effect until 5 p.m., eastern time, on April [13], 2015, unless accepted or rejected by Seller, or withdrawn by Buyer prior to that time.

Transaction Expenses: The parties will each pay their own transaction expenses, including the fees and expenses of investment bankers and other advisors, incurred in connection with the proposed transaction.

Non-Binding: This Letter of Intent reflects the intention of the parties, but for the avoidance of doubt neither this Letter of Intent nor its acceptance shall give rise to any legally binding or enforceable obligation on any party. No contract or agreement providing for any transaction (or any obligation to negotiate any such transaction) involving Mosaica shall be deemed to exist between Buyer and any of its affiliates and Seller unless and until a final definitive agreement has been executed and delivered.

If you are in agreement with the terms set forth above and desire to proceed with the proposed Transaction on that basis, please sign this Letter in the space provided below and return an executed copy to the attention of Bruce Davis by email at bdavis@pansophiclearning.com, or facsimile at 703-991-8930.

Very truly yours,

PANSOPHIC LEARNING US LLC



By: _____
Name: Bruce Davis
Title: Chief Strategy Officer

Accepted and agreed:

MOSAICA EDUCATION ~~INTERNATIONAL~~ Inc.
By and through its Receiver GGG Partners, LLC solely in its capacity as Receiver
By: _____
Name: J. H. Goodman
Title: Member