IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TATONKA CAPITAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>CXA CORPORATION,<br><br>    Intervenor-Plaintiff,<br><br>v.<br><br>MOSAICA EDUCATION, INC., et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NUMBER 1:14-cv-3017-TCB |

## O R D E R

This case comes before the Court on Intervenor-Plaintiff CXA Corporation's motion [149] to continue the April 22, 2015 hearing solely as to the receiver's motion to approve sale of Columbus, Ohio property [81]. The motion is unopposed.

For good cause shown, CXA's motion [149] is GRANTED. The hearing on the receiver's motion to approve sale of the Columbus, Ohio

property [81] is hereby continued until May 5, 2015 at 10:00 a.m. The previously scheduled April 22 hearing shall go forward with respect to amending the receivership order.

IT IS SO ORDERED this 21st day of April, 2015.

_____
Timothy C. Batten, Sr.
United States District Judge