IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TATONKA CAPITAL CORPORATION, a Colorado corporation, <br><br> Plaintiff, <br><br> v. <br><br> MOSAICA EDUCATION, INC., a Delaware corporation; MICHIGAN EDUCATIONAL FACILITIES, LLC, a Delaware limited liability company; ASI TEXAS, LLC, a Delaware limited liability company; EFA COMPANY, LLC, a Michigan limited liability company; LORAIN-LEAVITT PROPERTIES, LLC, a Georgia limited liability company; WARREN-ELM FACILITIES, LLC, a Georgia limited liability company; and COLUMBUS-MORSE PROPERTIES, LLC, a Georgia limited liability company, <br><br> Defendants. | Civil Action No. <br> 1:14-cv-03017-TCB |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on or about April 20, 2015, GGG Partners, LLC (the "**Receiver**"), solely in its capacity as the Court-appointed receiver for the above-captioned Defendants, filed the Receiver's Motion to Approve Sale of Substantially All of the Assets of the Defendants, Including Real Estate (Dkt. No. 145; the "**Motion**"), pursuant to which the Receiver seeks authority to sell substantially all of the business assets, including any remaining real estate (collectively, the "**Property**"), owned by Mosaica Education, Inc., the other

Defendants, and certain of their subsidiaries (collectively, the "**Selling Entities**") to Pansophic Learning US LLC (the "**Purchaser**") for the aggregate purchase price of up to $24,565,000.00. A copy of the Motion and related documents can be obtained by contacting the Receiver's counsel at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** the Receiver has requested that the sale and transfer of the Property to the Purchaser shall be free and clear of all claims, liens and interests, and that the net sale proceeds be distributed as provided in the Motion.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **May 5, 2015** at **10:00 a.m.** in **Courtroom 2106**, 2142 Richard B. Russell Federal and United States Courthouse, **75 Spring Street, SW, Atlanta, Georgia 30303**.

**PLEASE TAKE FURTHER NOTICE** that any objections to the proposed sale or other matters set forth in the Motion must be filed with the Clerk of Court, 75 Spring Street, S.W., Suite 2211, Atlanta 30303, or electronically through the Court's CM/ECF system, before the hearing date, and that any person or entity who wishes to be heard on the Motion must appear at the hearing either individually or through counsel.

This 21st day of April, 2015.

                                                               SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 1500 Candler Building | /s/ J. Hayden Kepner, Jr. |
| 127 Peachtree Street, N.E. | J. ROBERT WILLIAMSON |
| Atlanta, GA 30303 | Georgia Bar No. 765214 |
| T: (404) 893-3880 | J. HAYDEN KEPNER, JR. |
| E: rwilliamson@swlawfirm.com | Georgia Bar No. 416616 |
|     hkepner@swlawfirm.com | |
| | *Counsel for the Receiver* |

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **Notice of Hearing** with the Court via the CM/EMF system, which will automatically send notification to the attorneys of record. In addition, I served a true and correct copy of the foregoing by causing same to be deposited in the United States mail with adequate postage affixed thereon and addressed to the following person(s):

Fulton County Georgia Tax Assessor
Fulton County Government Center
141 Pryor Street, Suite 2052
Atlanta, GA 30303

Trumbull County Ohio Auditor
160 High Street
Warren, OH 44481

Mahoning County Ohio Auditor
Mahoning County Courthouse
120 Market Street, 1st Floor
Youngstown, OH 44503

Lorain County Administration Building
226 Middle Road
Elyria, OH 44305

Franklin County Auditor
373 South High Street, 21st Floor
Columbus, OH 43215-6310

Jackson County Treasurer
161 W. Michigan Avenue
Jackson, MI 49201

Wayne County Treasurer
International Center
400 Monroe, 5th Floor
Detroit, MI 48226

Dauphine County Courthouse
2 South 2nd Street
Harrisburg, PA 17101

Internal Revenue Service
401 W. Peachtree Street NW
Atlanta, GA 30308

Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7317

RAM SPV I, LLC
1638 1st Place
McLean, VA 22101

General Electric Capital Corporation
3000 Lakeside Drive, 200N
Bannockburn, IL 60015

| | |
|---|---|
| Tatonka Capital Corporation<br>1441 Eighteenth Street, Suite 400<br>Denver, CO 80202 | Vectra Bank Colorado, National Association<br>2000 South Colorado Blvd<br>Suite 2-1200<br>Denver, CO 80222 |
| LaSalle Systems Leasing, Inc.<br>6111 North River Road<br>Rosemont, IL 60018 | MB Financial Bank, N.A.<br>6111 N. River Road<br>Rosemont, IL 60018 |
| Teqlease, Inc.<br>23801 Calabasas Road<br>Suite 1000<br>Calabasas, CA 91302 | GE Capital Commercial, Inc.<br>P.O. Box 35701<br>Billings, MT 59107 |
| First Eagle Bank<br>1201 W. Madison Street<br>Chicago, IL 60607 | Commerce National Bank<br>3818 E. Coronado St., Suite 100<br>Anaheim, CA 92807 |
| CXA Corporation<br>6000 Legacy Drive<br>Plano, TX 75024 | Argent Bank<br>3818 Coronado Street, Suite 100<br>Anaheim, CA 92807 |
| Mosaica Preparatory Academy of Chandler<br>5835 West Ray Road<br>Chandler, AZ 85226 | Phoenix Advantage Charter School<br>3738 North 16th Street<br>Phoenix, AZ 85016 |
| Riverbend Preparatory Academy<br>5625 South 51st Avenue<br>Laveen Village, AZ 85339 | Banning Lewis Ranch Academy<br>7094 Cottonwood Tree Drive<br>Colorado Springs, CO 80927 |
| T.R. Paul Academy of Arts and Knowledge<br>4512 Mcmurry Avenue<br>Fort Collins, CO 80525 | Frazier Preparatory Academy<br>3711 West Douglas Boulevard<br>Chicago, IL 60623 |

Arts and Technology Academy of Pontiac
888 Enterprise Drive
Pontiac, MI 48341

Bingham Arts Academy
555 South 5th Avenue
Alpena, MI 49707

Academy of Arts and Sciences
3038 Leavitt Road
Lorain, OH 44502

Cleveland Arts and Social Sciences Academy
10701 Shaker Boulevard
Cleveland, OH 44104

Columbus Arts and Technology Academy
2255 Kimberly Parkway East
Columbus, OH 43232

Columbus Humanities, Arts and Technology Academy
1333 Morse Road
Columbus, OH 43229

Columbus Preparatory Academy
3330 Chippewa Street
Columbus, OH 43204

Cornerstone Academy
6015 E. Walnut St.
Westerville, OH 43081

Foundation Academy of Mansfield
1050 Wyandotte Avenue
Mansfield, OH 44906

Lorain Preparatory Academy
3038 Leavitt Road
Lorain, OH 44502

STAR Academy of Toledo
5025 Glendale Avenue
Toledo, OH 43614

STEAM Academy of Akron
1350 Virginia Ave.
Akron, OH 44306

STEAM Academy of Cincinnati
6000 Murray Road
Cincinnati, OH 45227

STEAM Academy of Dayton
545 Odlin Avenue
Dayton, OH 45405

STEAM Academy of Warren
261 Elm Road NE
Warren, OH 44483

STEAM Academy of Warrensville Heights
4700 Richmond Road
Warrensville Heights, OH 44128

Youngstown Academy of Excellence
1408 Rigby St.
Youngstown, OH 44506

Birney Preparatory Academy
900 W. Lindley Avenue
Philadelphia, PA 19141

Mosaica Online Academy of AZ K-8
5835 West Ray Road
Chandler, AZ 85226

Mosaica Online Academy of AZ 9-12
5835 West Ray Road
Chandler, AZ 85226

Mosaica Online Academy of Los Angeles
30520 Rancho California Road
Ste 107, PMB 27
Temecula, CA 92591

Mosaica Online Academy of Southern California
30520 Rancho California Road
Ste 107, PMB 27
Temecula, CA 92591

Great Plains Academy
444 East Front Street
Byers, Colorado 80103

Mosaica Online Preparatory Academy
3400 Peachtree Road, Ste 550
Atlanta, GA 30326

Mackinac Preparatory Academy
888 Enterprise Drive, Ste 200
Pontiac, MI 48341

Mosaica International School of Hyderabad
Plot No. 16, H.No. 1-63/3/16
Kavuri Hills Hyderabad, India 500081

Heron Park Primary Academy
Dallington Road Eastbourne
East Sussex, UK BN22 9EE

Glenleigh Park Primary Academy
Gunters Lane Bexhill-on-Sea
East Sussex, UK TN39 4ED

King Offa Primary Academy
Down Road Bexhill-on-Sea
East Sussex TN39 4HS

Oakwood Primary Academy
Magnolia Walk
Eastbourne, East Sussex BN 220SS

The Gatwick School
23 Gatwick Road
Crawley West, Sussex RH10 9TP

Acton-Agua Dulce Unified School District
32248 Crown Valley Road
Acton, CA 93510

| | |
|---|---|
| Arizona State Board for Charter Schools<br>P.O. Box 18328<br>Phoenix, AZ 85009 | Baldwin Community Schools<br>525 4th St.<br>Baldwin, MI 49304 |
| Bays Mills Community College<br>Charter Schools Office<br>12214 West Lakeshore Drive<br>Brimley, MI 49715 | Byer School District 32-J<br>444 East Front Street<br>Byers, CO 80103 |
| Chicago Public Schools<br>Law Department<br>1 N. Dearborn St., Suite 950<br>Chicago, IL 60602 | Colorado Charter School Institute<br>Logan Tower<br>1580 Logan Street, #210<br>Denver, CO 80203 |
| Dehesa School District<br>4612 Dehesa Road<br>El Cajon, CA 92019 | ESC of Central Ohio<br>2080 Citygate Drive<br>Columbus, OH 43219 |
| Falcon School District #49<br>10850 E. Woodmen Road<br>Peyton, CO 80831 | Office of School Sponsorship<br>Ohio Department of Education<br>25 South Front Street<br>Columbus, OH 43215 |
| Ohio Council of Community Schools<br>3131 Executive Pkwy #306<br>Toledo, OH 43606 | School District of Philadelphia<br>Charter Schools Office<br>440 N. Broad Street - Portal A<br>1st Floor, Suite 113<br>Philadelphia, PA 19130 |
| Portage County Educational Service Center<br>326 E. Main St.<br>Ravenna, OH 44266 | St. Aloysius Orphanage<br>Charter Schools Office<br>4721 Reading Road<br>Cincinnati, OH 45237 |

Colorado Department of Labor & Employment
Unemployment Insurance Employer Services
P.O. Box 956
Denver, CO 80201-0956

TN Dept of Labor & Workforce Development
Employment Security Division/Employer Accounts Operations
PO Box 101
Nashville, TN 37202-0101

Unemployment Insurance Employer Service
PO Box 46541
Denver, CO 80201-6541

Delaware Department of Labor
Division of Unemployment Insurance
P.O. Box 41785
Philadelphia, PA 19101-1785

Maryland Department of Taxation & Assessments
301 W Preston Street,     Room 806
Baltimore, MD 21201-2395

Alabama Department of Revenue
Withholding Tax Returns
PO Box 327483
Montgomery, AL 36132-7483

Office of Unemployment Insurance
PO Box 17291
Baltimore, MD 21297-0365

NYS Employment Contributions and Taxes
PO Box 4119
Binghamton, NY 13902-4119

Alabama Department of Labor
649 Monroe Street
Montgomery, AL 36131

Louisiana Workforce Commission
1001 N 23rd St.
Baton Rouge, LA 70802

South Carolina Department of Revenue Withholding
Columbia, SC 29214-0004

City of Pontiac Withholding Payments
PO Box 530
Eaton Rapids, MI 48827-0530

Ohio Treasurer of State
Ohio Department of Taxation
P.O. Box 182101
Columbus, OH 43218-2101

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0551

PA Department of Revenue
Bureau of Corporation Taxes
P.O. Box 280404
Harrisburg, PA 17128-0404

Cincinnati Income Tax Division
PO Box 634580
Cincinnati, OH 45263

City of Mansfield
Income Tax Division
PO Box 577
Mansfield, OH 44901

Department of Taxation
City of Lorain
605 W 4th Street
Lorain, OH 44052

Pennsylvania Department of Labor & Indus
Office of UC Tax Services
PO Box 60848
Harrisburg, PA 17106

Commissioner of Taxation & Finance
NYS Assessment Receivables
PO Box 4127
Binghamton, NY 13902-4127

Fulton County Tax Commissioner
Arthur E. Ferdinand
P.O. Box 105052
Atlanta, GA 30348-5052

Berkehimer Tax Administrator
PO Box 25132
Lehigh Valley, PA 18002

Treasurer, City of Detroit Income Tax
Dept. 131901
PO Box 67000
Detroit, MI 48267-1319

Cumberland County Tax Bureau
21 Waterford Drive, Suite 201
Mechanicsburg, PA 17050

Muskegon Heights Income Tax Division
2724 Peck Street
Muskegon, MI 49444

Virginia Department of Taxation
PO Box 27264
Richmond, VA 23261-7264

| | |
|---|---|
| Warren City Income Tax<br>PO Box 230<br>Warren, OH 44482-0230 | Regional Income Tax Agency<br>PO Box 94736<br>Cleveland, OH 44101-4736 |
| Wisconsin Department of Revenue<br>P.O. BOX 930208<br>Milwaukee, WI 53293-0208 | United States Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0149 |
| Arizona Department of Revenue<br>PO Box 29009<br>Phoenix, AZ 85038-9009 | City of Birmingham<br>Revenue Division<br>PO Box 830638<br>Birmingham, AL 35283-0638 |
| Processing Center<br>Georgia Department of Revenue<br>PO Box 105544<br>Atlanta, GA 30348-5544 | Georgia Dept of Labor<br>Mail Processing Unit,<br>Suite 752 Sussex P<br>148 Andrew Young International Blvd, NE<br>Atlanta, GA 30303 |
| Illinois Department of Revenue<br>P.O. Box 19052<br>Springfield, IL 62794-9300 | Indiana Department of Revenue<br>PO Box 7221<br>Indianapolis, IN 46207-7221 |
| Louisiana Department of Revenue<br>PO Box 91017<br>Baton Rouge, LA 70821-9017 | Philadelphia Department of Revenue<br>PO Box 8040<br>Philadelphia, PA 19105 |
| Internal Revenue Service<br>PO Box 37008<br>Hartford, CT 06176-7008 | City of Harrisburg<br>City Treasurer, City Government Center<br>10 N 2nd Street, Ste 103<br>Harrisburg, PA 17101-1689 |
| Lansing City Treasurer<br>124 W Michigan Avenue, 1st Fl<br>Lansing, MI 48933 | Treasurer of State of Ohio<br>88 E. Broad St., 4th Floor<br>Columbus, OH 43215 |

| | |
|---|---|
| Cuyahoga County Treasurer<br>Jim Rokakis<br>P.O. Box 94547<br>Cleveland, OH 44101-4547 | City of Jackson<br>Andrew Wrozek Treasurer<br>161 W. Michigan Avenue<br>Jackson, MI 49201 |
| Dauphin County Treasurer<br>101 Market Street, Ste. 105<br>Harrisburg, PA 17101 | City of Highland Park<br>Janice B. Bibbs, Treasurer<br>12050 Woodward<br>Highland Park, MI 48203 |
| Wayne County Treasurer<br>Raymond J. Wojtowicz<br>400 Monroe Street, Suite 320<br>Detroit, MI 48226-2962 | Lorain County Treasurer<br>Daniel J. Talarek<br>226 Middle Avenue<br>Elyria, OH 44035 |
| Mahoning County Treasurer<br>Daniel R. Yemma<br>Courthouse<br>120 Market Street<br>Youngstown, OH 44503 | Jackson County Treasurer<br>Karen A. Coffman<br>120 West Michigan Avenue<br>Jackson, MI 49201 |

This 21st day of April, 2015.

| | |
|---|---|
| 1500 Candler Building<br>127 Peachtree Street<br>Atlanta, Georgia 30303<br>Telephone: (404) 893-3880<br>Fax: (404) 893-3886<br>E-mail: rwilliamson@swlawfirm.com<br>        hkepner@swlawfirm.com | SCROGGINS & WILLIAMSON<br><br>By: /s/ J. Hayden Kepner, Jr.<br>    J. Robert Williamson<br>    Georgia Bar No. 765214<br>    J. Hayden Kepner, Jr.<br>    Georgia Bar No. 416616<br><br>*Counsel for the Receiver* |