Promissory Note dated as of October 30, 2007
Borrower:      Mosaica Education, Inc.
Guarantor:     All subsidiaries

| Note Amount: | $10,000,000.00 | | | |
|---|---|---|---|---|
| Rate: | Libor plus 10.3% | | 12.30% | *floor on LIBOR of 2% |
| Default Rate: | 18% | | | |



TATONKA CAPITAL CORPORATION

| Date | Draws | Paydowns | Payments | Interest Application | Principal Application | Interest Accrual | Principal Balance | Payment Method |
|---|---|---|---|---|---|---|---|---|
| 4/12/2011 | $2,200,000.00 | | | | | $33,825.00 | $2,200,000.00 | |
| 5/16/2011 | | | $47,355.00 | $47,355.00 | $0.00 | $12,026.67 | $2,200,000.00 | 9191 |
| 6/15/2011 | | | $25,000.00 | $25,000.00 | $0.00 | $9,576.67 | $2,200,000.00 | 9476 |
| 6/30/2011 | $1,080,793.67 | | $0.00 | $0.00 | $0.00 | $20,851.67 | $3,280,793.67 | |
| 7/18/2011 | | | $25,000.00 | $25,000.00 | $0.00 | $16,028.55 | $3,280,793.67 | 9717 |
| 8/15/2011 | | | $34,749.07 | $34,749.07 | $0.00 | $12,665.74 | $3,280,793.67 | 9925 |
| 9/14/2011 | | | $34,749.07 | $34,749.07 | $0.00 | $11,544.80 | $3,280,793.67 | 10142 |
| 10/13/2011 | | | $33,628.14 | $33,628.14 | $0.00 | $10,423.86 | $3,280,793.67 | 10380 |
| 11/15/2011 | | | $34,749.07 | $34,749.07 | $0.00 | $12,665.74 | $3,280,793.67 | 10624 |
| 12/19/2011 | | | $33,628.14 | $33,628.14 | $0.00 | $17,149.48 | $3,280,793.67 | 10862 |
| 1/10/2012 | | | $34,749.07 | $34,749.07 | $0.00 | $7,061.05 | $3,280,793.67 | 10926 |
| 2/14/2012 | | | $34,749.07 | $34,749.07 | $0.00 | $11,544.80 | $3,280,793.67 | 11164 |
| 3/14/2012 | | | $32,507.20 | $32,507.20 | $0.00 | $11,544.80 | $3,280,793.67 | 11479 |
| 4/5/2012 | $600,000.00 | | $0.00 | $0.00 | $0.00 | $36,205.43 | $3,880,793.67 | |
| 4/10/2012 | | $600,000.00 | $0.00 | $0.00 | $0.00 | $42,835.12 | $3,280,793.67 | |
| 4/13/2012 | | | $34,749.07 | $34,749.07 | $0.00 | $11,448.86 | $3,280,793.67 | 11644 |
| 4/18/2012 | $600,000.00 | | $0.00 | $0.00 | $0.00 | $17,053.55 | $3,880,793.67 | |
| 5/10/2012 | | | $37,318.14 | $37,318.14 | $0.00 | $8,906.05 | $3,880,793.67 | 11948 & 49 |
| 6/12/2012 | | $600,000.00 | $0.00 | $0.00 | $0.00 | $52,661.99 | $3,280,793.67 | |
| 6/13/2012 | | | $41,104.07 | $41,104.07 | $0.00 | $12,678.86 | $3,280,793.67 | 12239 |
| 6/20/2012 | $600,000.00 | | $0.00 | $0.00 | $0.00 | $20,525.43 | $3,880,793.67 | |
| 7/13/2012 | | | $38,138.14 | $38,138.14 | $0.00 | $12,883.86 | $3,880,793.67 | 12416 |
| 7/20/2012 | | $600,000.00 | $0.00 | $0.00 | $0.00 | $22,165.42 | $3,280,793.67 | |
| 8/15/2012 | | | $38,644.07 | $38,644.07 | $0.00 | $12,665.74 | $3,280,793.67 | 12660 |
| 9/7/2012 | $925,000.00 | | $0.00 | $0.00 | $0.00 | $38,447.31 | $4,205,793.67 | |
| 9/19/2012 | | | $34,749.07 | $34,749.07 | $0.00 | $20,941.99 | $4,205,793.67 | 12930 |
| 10/12/2012 | | | $41,213.14 | $41,213.14 | $0.00 | $12,779.38 | $4,205,793.67 | 13105 |
| 11/14/2012 | | | $44,546.36 | $44,546.36 | $0.00 | $15,653.34 | $4,205,793.67 | 13308 |
| 12/14/2012 | | | $43,109.39 | $43,109.39 | $0.00 | $15,653.34 | $4,205,793.67 | 13474 |
| 1/15/2013 | | | $44,546.36 | $44,546.36 | $0.00 | $17,090.32 | $4,205,793.67 | 13705 |
| 1/17/2013 | $200,000.00 | | $0.00 | $0.00 | $0.00 | $19,964.28 | $4,405,793.67 | |
| 1/23/2013 | $310,000.00 | | $0.00 | $0.00 | $0.00 | $28,996.16 | $4,715,793.67 | |
| 2/7/2013 | $308,000.00 | | $0.00 | $0.00 | $0.00 | $53,164.60 | $5,023,793.67 | |
| 2/14/2013 | | $510,000.00 | $0.00 | $0.00 | $0.00 | $65,179.84 | $4,513,793.67 | |
| 2/15/2013 | | | $46,524.61 | $46,524.61 | $0.00 | $20,197.44 | $4,513,793.67 | 13862 |
| 3/8/2013 | $345,000.00 | | $0.00 | $0.00 | $0.00 | $52,583.91 | $4,858,793.67 | |
| 3/14/2013 | | $653,000.00 | $44,815.81 | $44,815.81 | $0.00 | $17,728.63 | $4,205,793.67 | Wire |
| 3/20/2013 | $500,000.00 | | $0.00 | $0.00 | $0.00 | $26,350.51 | $4,705,793.67 | |
| 3/22/2013 | $100,000.00 | | $0.00 | $0.00 | $0.00 | $29,566.13 | $4,805,793.67 | |
| 3/27/2013 | | $567,500.00 | $0.00 | $0.00 | $0.00 | $37,776.03 | $4,238,293.67 | |
| 4/9/2013 | $300,000.00 | | $0.00 | $0.00 | $0.00 | $56,601.12 | $4,538,293.67 | |
| 4/12/2013 | | $300,000.00 | $48,043.84 | $48,043.84 | $0.00 | $13,209.03 | $4,238,293.67 | Wire |
| 4/18/2013 | $500,000.00 | | $0.00 | $0.00 | $0.00 | $21,897.53 | $4,738,293.67 | |
| 5/8/2013 | $250,000.00 | | $0.00 | $0.00 | $0.00 | $54,275.87 | $4,988,293.67 | |
| 5/10/2013 | $0.00 | $250,000.00 | $45,970.84 | $45,970.84 | $0.00 | $11,713.70 | $4,738,293.67 | Wire |
| 5/21/2013 | $415,000.00 | | $0.00 | $0.00 | $0.00 | $29,521.78 | $5,153,293.67 | |
| 5/22/2013 | $216,000.00 | | $0.00 | $0.00 | $0.00 | $31,282.49 | $5,369,293.67 | |
| 6/7/2013 | $479,400.00 | | $0.00 | $0.00 | $0.00 | $60,634.63 | $5,848,693.67 | |
| 6/14/2013 | | $189,620.97 | $52,540.51 | $52,540.51 | $0.00 | $22,082.25 | $5,659,072.70 | Wire |
| 6/19/2013 | $286,200.00 | | $0.00 | $0.00 | $0.00 | $31,749.83 | $5,945,272.70 | |
| 6/21/2013 | $506,465.94 | | $0.00 | $0.00 | $0.00 | $35,812.43 | $6,451,738.64 | |
| 6/28/2013 | | $280,379.03 | $0.00 | $0.00 | $0.00 | $51,242.84 | $6,171,359.61 | |
| 8/7/2013 | $638,500.00 | | $0.00 | $0.00 | $0.00 | $135,584.76 | $6,809,859.61 | |
| 8/14/2013 | | $600,000.00 | $0.00 | $0.00 | $0.00 | $151,871.67 | $6,209,859.61 | |
| 9/12/2013 | $392,700.00 | | $0.00 | $0.00 | $0.00 | $213,401.03 | $6,602,559.61 | |
| 9/17/2013 | | $200,000.00 | $0.00 | $0.00 | $0.00 | $224,680.40 | $6,402,559.61 | |
| 9/18/2013 | | $185,000.00 | $0.00 | $0.00 | $0.00 | $226,867.94 | $6,217,559.61 | |
| 10/1/2013 | $162,300.00 | | $0.00 | $0.00 | $0.00 | $254,484.27 | $6,379,859.61 | |
| 10/11/2013 | $425,000.00 | | $0.00 | $0.00 | $0.00 | $276,282.12 | $6,804,859.61 | |
| 10/16/2013 | | $556,000.00 | $0.00 | $0.00 | $0.00 | $287,907.09 | $6,248,859.61 | |
| 12/5/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $394,658.44 | $6,248,859.61 | |
| 5/15/2014 | $0.00 | $0.00 | $125,846.40 | $125,846.40 | $0.00 | $771,845.24 | $6,248,859.61 | |
| 7/5/2014 | $0.00 | $0.00 | $131,550.80 | $131,550.80 | $0.00 | $799,640.36 | $6,248,859.61 | |
| 1/23/2015 | | | $131,634.06 | $131,634.06 | $0.00 | $1,299,141.12 | $6,248,859.61 | |
| 3/13/2015 | | | $42,745.94 | $42,745.94 | $0.00 | $1,409,492.24 | $6,248,859.61 | |
| 3/31/2015 | | | $0.00 | $0.00 | $0.00 | $1,465,731.98 | $6,248,859.61 | |

| Total Due as of | 3/31/2015 | $7,714,591.59 |
|---|---|---|
| Late Fees Outstanding | | $29,249.87 |
| Grand Total | | $7,743,841.46 |



EXHIBIT 204