Promissory Note dated as of April 13, 2011
Borrower:     Columbus-Morse Properties, LLC
Guarantor:    Mosaica Education, Inc.

| Note Amount: | $4,434,261.72 | |
|---|---|---|
| Rate: | Prime plus 6.5% | 9.75% |
| Default Rate: | 18% | |

TATONKA CAPITAL CORPORATION

| Date | Payments | Interest Application | Principal Application | Interest Accrual | Principal Balance | Payment Method |
|---|---|---|---|---|---|---|
| 4/12/2011 | | | | | $4,434,261.72 | |
| 5/16/2011 | $58,569.21 | $21,617.03 | $36,952.18 | $40,832.16 | $4,397,309.54 | Check 9190 |
| 6/15/2011 | $74,021.38 | $37,069.20 | $36,952.18 | $54,943.27 | $4,360,357.36 | Check 9475 |
| 7/18/2011 | $72,520.19 | $35,568.01 | $36,952.18 | $56,844.76 | $4,323,405.18 | Check 9717 |
| 8/15/2011 | $73,420.90 | $36,468.72 | $36,952.18 | $54,062.58 | $4,286,453.00 | Check 9925 |
| 9/14/2011 | $73,080.64 | $36,128.46 | $36,952.18 | $52,421.29 | $4,249,500.82 | Check 10142 |
| 10/13/2011 | $71,609.48 | $34,657.30 | $36,952.18 | $49,669.11 | $4,212,548.64 | Check 10380 |
| 11/15/2011 | $72,440.13 | $35,487.95 | $36,952.18 | $52,661.47 | $4,175,596.46 | Check 10624 |
| 12/19/2011 | $71,019.01 | $34,066.83 | $36,952.18 | $55,623.80 | $4,138,644.28 | Check 10862 |
| 1/13/2012 | $71,879.69 | $34,927.51 | $36,952.18 | $49,579.04 | $4,101,692.10 | Check 10940 |
| 2/14/2012 | $71,509.40 | $34,557.22 | $36,952.18 | $50,199.53 | $4,064,739.92 | Check 11164 |
| 3/14/2012 | $69,007.43 | $32,055.25 | $36,952.18 | $47,567.46 | $4,027,787.74 | Check 11479 |
| 4/13/2012 | $70,898.92 | $33,946.74 | $36,952.18 | $48,237.98 | $3,990,835.56 | Check 11648 |
| 5/10/2012 | $69,497.81 | $32,545.63 | $36,952.18 | $43,474.23 | $3,953,883.38 | Check 11948 |
| 6/13/2012 | $70,238.40 | $33,286.22 | $36,952.18 | $47,337.27 | $3,916,931.20 | Check 12239 |
| 7/13/2012 | $68,897.34 | $31,945.16 | $36,952.18 | $45,876.12 | $3,879,979.02 | Check 12416 |
| 8/15/2012 | $69,647.93 | $32,695.75 | $36,952.18 | $48,608.27 | $3,843,026.84 | Check 12660 |
| 9/19/2012 | $69,357.70 | $32,405.52 | $36,952.18 | $52,341.21 | $3,806,074.66 | Check 12930 |
| 10/12/2012 | $68,056.68 | $31,104.50 | $36,952.18 | $43,644.37 | $3,769,122.48 | Check 13105 |
| 11/14/2012 | $68,707.19 | $31,755.01 | $36,952.18 | $46,226.40 | $3,732,170.30 | Check 13308 |
| 12/14/2012 | $67,406.17 | $30,453.99 | $36,952.18 | $44,795.27 | $3,695,218.12 | Check 13474 |
| 1/15/2013 | $68,106.72 | $31,154.54 | $36,952.18 | $46,366.51 | $3,658,265.94 | Check 13705 |
| 2/15/2013 | $67,806.48 | $30,854.30 | $36,952.18 | $45,926.16 | $3,621,313.76 | Check 13862 |
| 3/14/2013 | $64,553.92 | $27,601.74 | $36,952.18 | $41,552.71 | $3,584,361.58 | Wire |
| 4/12/2013 | $67,175.98 | $30,223.80 | $36,952.18 | $42,103.15 | $3,547,409.40 | Wire |
| 5/10/2013 | $65,884.97 | $28,932.79 | $36,952.18 | $38,780.54 | $3,510,457.22 | Wire |
| 6/14/2013 | $66,515.46 | $29,563.28 | $36,952.18 | $43,123.95 | $3,473,505.04 | Wire |
| 12/5/2013 | $0.00 | $0.00 | $0.00 | $177,249.60 | $3,473,505.04 | |
| 5/15/2014 | $57,515.30 | $57,515.30 | $0.00 | $456,866.75 | $3,473,505.04 | Wire |
| 7/5/2014 | $57,385.20 | $57,385.20 | $0.00 | $487,925.83 | $3,473,505.04 | Wire |
| 1/23/2015 | $57,385.20 | $57,385.20 | $0.00 | $781,364.64 | $3,473,505.04 | Wire |
| 3/31/2015 | $0.00 | $0.00 | $0.00 | $840,341.86 | $3,473,505.04 | |

| Total Due as of | 3/31/2015 | $4,313,846.90 |
|---|---|---|
| Late Fees Outstanding | | $7,732.89 |
| Grand Total | | $4,321,579.80 |

EXHIBIT 205