MOSAICA EDUCATION
ASSETS HELD FOR SALE
FY15

| DESCRIPTION/ACQUIRED | IN SERVICE DATE |
|---|---|
| **Location = Columbus, OH (CHAT)** | |
| Land | 6/7/2007 |
| Bouma Construction | 9/1/2004 |
| Evans Mechwart # 92176, 93144, 94543, 94605, 94609 | 9/1/2004 |
| Capitalization of Construction Salaries | 9/1/2004 |
| Innovative Modular | 9/1/2004 |
| Braun Kendrick Legal | 9/1/2004 |
| Braun Kendrick Legal | 4/1/2005 |
| Braun Kendrick - Legal - # 139975 | 6/7/2007 |
| Taylor Busch - Legal - # 6811 | 6/7/2007 |
| Closing Fees per settlement 6/07/07 | 6/7/2007 |
| Purchase of Building | 6/7/2007 |
| Cushman Wakefield Appraisal Inv# 06-21001-93779 | 6/7/2007 |
| Taylor Busch - Legal - Inv# 7454 & 7945 | 6/7/2007 |
| Ruscilli Construction | 6/30/2007 |
| Smith & Hale inv # 20995 - Legal / Zoning | 7/1/2007 |
| Modular Builders - inv # 7751 | 7/20/2007 |
| AT&T Midwest - Conduit construction | 8/9/2007 |
| Ruscilli Construction - Bldg Rehab | 8/17/2007 |
| Ruscilli Construction - Bldg Rehab | 9/20/2007 |
| Then Design Architects inv # 07041C-2 | 9/28/2007 |
| Equireal inv # 810 - Appraisal | 10/2/2007 |
| ATC Associates - Phase 1 ESA inv # 1444152 | 9/30/2007 |
| Taylor Busch - Legal - Inv # 6884 | 7/1/2007 |
| American Electric - Utilities during constr. | 9/30/2007 |
| Ruscilli Construction - pymt 11/29/07 | 11/29/2007 |
| Ruscilli Construction - inv # 07556 | 12/10/2007 |
| Atwell-Hicks - inv# 0113711 - ALTA Survey | 4/30/2008 |
| Evans Mechwart - inv# 0120681 - Engineering | 4/30/2008 |
| Ruscilli Construction # 080329 - Gen'l Contractor | 3/25/2008 |
| Ruscilli Construction # 071244 - Gen'l Contractor | 4/30/2008 |
| Ruscilli Construction # 071102 - Gen'l Contractor | 4/30/2008 |
| Rhodes Bldg - Inv #913 & 918 - Various Rehab | 7/1/2013 |
| Total | |
| Grand Total | |



EXHIBIT 270

| COST BASIS 7/1/2014 | ACQUIRED IN FY15 | TOTAL COST BASIS | (Straight Line) DEPRECIATION METHOD |
|---:|:---:|---:|:---:|
| 100,000.00 | | 100,000.00 | N/A |
| 331,923.32 | | 331,923.32 | 10yrs |
| 28,796.80 | | 28,796.80 | 10yrs |
| 9,716.64 | | 9,716.64 | 10yrs |
| 5,000.00 | | 5,000.00 | 10yrs |
| 7,775.96 | | 7,775.96 | 10yrs |
| 624.00 | | 624.00 | 10yrs |
| 1,169.00 | | 1,169.00 | 40yrs |
| 2,451.00 | | 2,451.00 | 40yrs |
| 3,532.62 | | 3,532.62 | 40yrs |
| 1,900,000.00 | | 1,900,000.00 | 40yrs |
| 5,000.00 | | 5,000.00 | 40yrs |
| 9,761.00 | | 9,761.00 | 40yrs |
| 206,369.00 | | 206,369.00 | 40yrs |
| 1,070.00 | | 1,070.00 | 40yrs |
| 45,456.00 | | 45,456.00 | 40yrs |
| 3,662.74 | | 3,662.74 | 40yrs |
| 814,049.00 | | 814,049.00 | 40yrs |
| 1,596,462.00 | | 1,596,462.00 | 40yrs |
| 53,683.75 | | 53,683.75 | 40yrs |
| 1,700.00 | | 1,700.00 | 40yrs |
| 2,400.00 | | 2,400.00 | 40yrs |
| 6,408.50 | | 6,408.50 | 40yrs |
| 7,659.61 | | 7,659.61 | 40yrs |
| 362,432.00 | | 362,432.00 | 40yrs |
| 182,425.00 | | 182,425.00 | 40yrs |
| 6,250.00 | | 6,250.00 | 40yrs |
| 918.72 | | 918.72 | 40yrs |
| 1,256.00 | | 1,256.00 | 40yrs |
| 14,613.00 | | 14,613.00 | 40yrs |
| 37,267.00 | | 37,267.00 | 40yrs |
| 30,948.31 | | 30,948.31 | 40yrs |
| 5,780,780.97 | - | 5,780,780.97 | 40yrs |
| | | | |
| 5,780,780.97 | - | 5,780,780.97 | |

| ACCUM DEPREC 7/1/2014 | DEPRECIATION FY15 | ACCUM DEPREC 6/30/2015 | Book Value |
|---:|:---:|---:|---:|
| - | - | - | 100,000.00 |
| 305,645.76 | - | 305,645.76 | 26,277.56 |
| 26,486.92 | - | 26,486.92 | 2,309.88 |
| 8,947.36 | - | 8,947.36 | 769.28 |
| 4,604.16 | - | 4,604.16 | 395.84 |
| 7,160.39 | - | 7,160.39 | 615.57 |
| 565.50 | - | 565.50 | 58.50 |
| 207.05 | - | 207.05 | 961.95 |
| 434.07 | - | 434.07 | 2,016.93 |
| 625.60 | - | 625.60 | 2,907.02 |
| 336,458.33 | - | 336,458.33 | 1,563,541.67 |
| 885.42 | - | 885.42 | 4,114.58 |
| 1,728.55 | - | 1,728.55 | 8,032.45 |
| 36,114.61 | - | 36,114.61 | 170,254.39 |
| 187.25 | - | 187.25 | 882.75 |
| 7,860.10 | - | 7,860.10 | 37,595.90 |
| 633.36 | - | 633.36 | 3,029.38 |
| 139,066.74 | - | 139,066.74 | 674,982.26 |
| 269,402.96 | - | 269,402.96 | 1,327,059.04 |
| 9,059.11 | - | 9,059.11 | 44,624.64 |
| 286.88 | - | 286.88 | 1,413.12 |
| 405.00 | - | 405.00 | 1,995.00 |
| 1,121.47 | - | 1,121.47 | 5,287.03 |
| 1,292.56 | - | 1,292.56 | 6,367.05 |
| 59,650.27 | - | 59,650.27 | 302,781.73 |
| 30,024.15 | - | 30,024.15 | 152,400.85 |
| 963.54 | - | 963.54 | 5,286.46 |
| 141.64 | - | 141.64 | 777.08 |
| 196.25 | - | 196.25 | 1,059.75 |
| 2,252.87 | - | 2,252.87 | 12,360.13 |
| 5,745.36 | - | 5,745.36 | 31,521.64 |
| 773.71 | - | 773.71 | 30,174.60 |
| **1,258,926.94** | **-** | **1,258,926.94** | **4,521,854.03** |
| **1,258,926.94** | **-** | **1,258,926.94** | **4,521,854.03** |