# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-cv-03017-TCB
### Tatonka Capital Corporation v. Mosaica Education, Inc. et al
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 05/27/2015.

TIME COURT COMMENCED: 1:25 P.M.
TIME COURT CONCLUDED: 3:05 P.M.      COURT REPORTER: Lori Burgess
TIME IN COURT: 1:40                                DEPUTY CLERK: Suzy Edwards
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:**
James Cifelli representing Dawn Eidelman
James Cifelli representing Gene Eidelman
James Cifelli representing Michael Connelly
Craig Ganz representing Spirit Master Funding, II, LLC
Michael Hall representing Tatonka Capital Corporation
James Kepner representing GGG Partners, LLC
James Kepner representing Katie S. Goodman
William Matthews representing ASI Texas, LLC
William Matthews representing Columbus-Morse Properties, LLC
William Matthews representing EFA Company, LLC
William Matthews representing Lorain-Leavitt Properties, LLC
William Matthews representing Michigan Educational Facilities, LLC
William Matthews representing Mosaica Education, Inc.
William Matthews representing Warren-Elm Facilities, LLC
William Matthews representing Gene Eidelman
William Matthews representing Michael Connelly
Kevin Maxim representing Reliant Asset Management, LLC
Graham Stieglitz representing Tatonka Capital Corporation
Kevin Stine representing CXA CORPORATION
** Molly Anderson representing Columbus Humanities

**OTHER(S) PRESENT:**
Carol Hansen, Tatonka representative
Gene Eidelman, Mosaica Shareholder
Michael Harrison representing Huron Invest.

**PROCEEDING CATEGORY:** Motion Hearing(Motion Hearing Non-evidentiary);

**MINUTE TEXT:** Argument re: objections to sale. Court will take motion for order of sale (Doc. 185) under advisement. Written order forthcoming.

HEARING STATUS:  Hearing Concluded