## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **TATONKA CAPITAL CORPORATION**, a Colorado corporation, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MOSAICA EDUCATION, INC.**, a Delaware corporation; **MICHIGAN EDUCATIONAL FACILITIES, LLC**, a Delaware limited liability company; **ASI TEXAS, LLC**, a Delaware limited liability company; **EFA COMPANY, LLC**, a Michigan limited liability company; **LORAIN-LEAVITT PROPERTIES, LLC**, a Georgia limited liability company; **WARREN-ELM FACILITIES, LLC**, a Georgia limited liability company; and **COLUMBUS-MORSE PROPERTIES, LLC**, a Georgia limited liability company,<br>Defendants. | **CIVIL ACTION FILE NO.**<br>**1:14-cv-03017** |

### NOTICE OF PROPOSED PAYMENT OF PROFESSIONAL FEES AND EXPENSES OF SCROGGINS & WILLIAMSON, P.C. FOR THE PERIOD FROM <u>MAY 21, 2015 THROUGH JUNE 17, 2015</u>

GGG Partners, LLC, the duly appointed receiver (the "Receiver") under the Order Appointing Receiver entered by the Court on October 21, 2014 (the "Receiver Order"), pursuant to the terms and conditions of Paragraph 6 of the Receiver Order, provides notice of the Receiver's intention to pay the statement of professional fees incurred by Scroggins & Williamson, P.C. during the period from May 21, 2015 through June 17, 2015. A copy of said statement is attached hereto as Exhibit "A."

Respectfully submitted, this 18th day of June, 2015.

SCROGGINS & WILLIAMSON, P.C.

1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303
T: (404) 893-3880
F: (404) 893-3886
E: rwilliamson@swlawfirm.com
   hkepner@swlawfirm.com

/s/ J. Robert Williamson
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
J. HAYDEN KEPNER
Georgia Bar No. 416616

*Counsel for the Receiver*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **TATONKA CAPITAL CORPORATION**, a Colorado corporation, ) ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | **CIVIL ACTION FILE NO.** |
| **MOSAICA EDUCATION, INC.**, a Delaware corporation; **MICHIGAN EDUCATIONAL FACILITIES, LLC**, a Delaware limited liability company; **ASI TEXAS, LLC**, a Delaware limited liability company; **EFA COMPANY, LLC**, a Michigan limited liability company; **LORAIN-LEAVITT PROPERTIES, LLC**, a Georgia limited liability company; **WARREN-ELM FACILITIES, LLC**, a Georgia limited liability company; and **COLUMBUS-MORSE PROPERTIES, LLC**, a Georgia limited liability company, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **1:14-cv-03017** |
| Defendants. ) | |

## **CERTIFICATION**

I hereby certify that the foregoing **Notice of Proposed Payment of Professional Fees** complies with LR 5.1B.

*[Signature on following page]*

This 18th day of June, 2015.

                                      SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 1500 Candler Building | /s/ J. Robert Williamson |
| 127 Peachtree Street, N.E. | J. ROBERT WILLIAMSON |
| Atlanta, GA 30303 | Georgia Bar No. 765214 |
| T: (404) 893-3880 | J. HAYDEN KEPNER |
| F: (404) 893-3886 | Georgia Bar No. 416616 |
| E: rwilliamson@swlawfirm.com | |
|    hkepner@swlawfirm.com | *Counsel for the Receiver* |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true and correct copy of the within and foregoing **Notice of Proposed Payment of Professional Fees** by causing same to be deposited in the United States mail with adequate postage affixed thereon and addressed to the following persons:

Michael L. Hall
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

Graham H. Stieglitz
BURR & FORMAN LLP
171 Seventeenth Street, NW
Suite 1100
Atlanta, GA 30363

Mosaica Education, Inc.
3400 Peachtree Road, Suite 550
Atlanta, GA 30326

James C. Cifelli
LAMBERTH CIFELLI STOKES
ELLIS & NASON, PA
3343 Peachtree Road, NE
Suite 550
Atlanta, GA  30326

Ashley S. Thompson
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
Suite 1600, Monarch Plaza
3414 Peachtree Street, NE
Atlanta, GA 30326

This 18th day of June, 2015.

SCROGGINS & WILLIAMSON, P.C.

1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303
T:  (404) 893-3880
E:  rwilliamson@swlawfirm.com
    hkepner@swlawfirm.com

 /s/ J. Robert Williamson
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
J. HAYDEN KEPNER, JR.
Georgia Bar No. 416616

*Counsel for the Receiver*