## SCROGGINS & WILLIAMSON

**1500 CANDLER BUILDING**
**127 PEACHTREE STREET, N.E.**
**ATLANTA, GA 30303**

**EXHIBIT "A"**

TAX I.D. No. 58-2082550

Mosaica Education, Inc.                                                    June 18, 2015
c/o Katie Goodman
GGG Partners, LLC
5883 Glenridge Drive, Suite 160
Atlanta, GA 30328

RE:

Fees and Expenses from      May 21, 2015      to      June 17, 2015

### PROFESSIONAL SERVICES

| Date | Init. Description | Hours | Amount |
|------|-------------------|-------|--------|
| 5/21/2015 | JHK | Review e-mail correspondence from J. Pegnia regarding fee issues; review final statement, file same with Court, and provide estimate of remaining fees (0.5); telephone conference with J. Pegnia regarding budget issues (0.3); review budget (0.2); finalize motion to sell assets, notice of hearing and Goodman affidavit (1.5); telephone conference with M. Hall regarding Tatonka's comments to motion and status of asset purchase agreement (0.3); review e-mail correspondence from M. Hall regarding same (0.2); e-mail correspondence from G. Stieglitz regarding comments to motion and signed letter of intent (0.2); telephone conference with K. Goodman and J. Pegnia regarding same and funding issues (0.4); e-mail correspondence with Court and opposing counsel regarding need to continue Tuesday's hearing (0.5); e-mail correspondence and telephone conference with M. Harrison regarding issues regarding funding and alternatives (0.4); e-mail correspondence and telephone conference with K. Goodman and J. Pegnia regarding change in hearing date and need for J. Pegnia to attend hearing (0.4); finalize and file motion to sell assets (0.7); further e-mail correspondence from Court regarding continued hearing date (0.2); e-mail correspondence and telephone conference with M. Harrison regarding same and conference call tomorrow (0.4); telephone conference with M. Hall regarding status (0.2) | 6.40 | $2,720.00 |
| 5/22/2015 | JHK | Prepare for and participate in conference call with Huron, Tatonka and Receiver regarding sale issues (0.7); telephone conference with A. Borman regarding status of sale (0.3); conference with R. Williamson and A. Ray regarding issues in sale (0.3); revise notice of hearing and supervise filing of same (0.5); e-mail correspondence with J. Cifelli regarding letter of intent and backup (0.3); review and forward same (0.2); draft issues for asset | 6.20 | $2,635.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | purchase agreement (1.4); review, revise and serve notice of hearing and file certificate of service regarding same (0.5); telephone conference with J. Pegnia regarding budget (0.3); review same (0.2); preparation for hearing on sale (1.5) | | |
| 5/22/2015 | JRW | Conference with Mr. Kepner (0.3); review e-mail correspondence and respond to same (0.5) | 0.80 | $340.00 |
| 5/26/2015 | JHK | Telephone conferences and e-mail correspondence with Receiver and Tatonka counsel regarding sale issues | 1.00 | $425.00 |
| | JRW | Review e-mail correspondence and respond to same | 0.80 | $340.00 |
| 5/27/2015 | JHK | Prepare for and participate in sale hearing, including conference with J. Pegnia, M. Hall, Tatonka principal and conference call with K. Goodman (6.5); e-mail correspondence with Court (0.2); e-mail correspondence with K. Goodman and J. Pegnia regarding Court's decision (0.3); e-mail correspondence with M. Hall regarding findings, conclusions and order (0.4); e-mail correspondence with J. Cifelli regarding language in order (0.2) | 7.60 | $3,230.00 |
| | JRW | Review e-mail correspondence and respond to same | 0.70 | $297.50 |
| 5/28/2015 | JHK | Work on order approving sale (2.5); e-mail correspondence and telephone conference with Receiver regarding issues regarding closing (0.4); e-mail correspondence and telephone conference with Tatonka counsel regarding same (0.4); e-mail correspondence with Pansophic counsel regarding title issues; review title searches and forward same to him (0.6); review CXA consent to sale of real property (0.3); telephone conference with A. Borman regarding Steam Academy schools in Ohio and e-mail correspondence with Receiver regarding same (0.5); e-mail correspondence and telephone conference with M. Hall and D. Dowd regarding findings, conclusions and order (0.5); further e-mail correspondence with Receiver regarding closing issues (0.3); review Spirit objection and e-mail correspondence with Receiver regarding any assets in which Spirit might hold liens (0.6); review revised Pansophic letter of intent (0.5) | 6.60 | $2,805.00 |
| 5/29/2015 | JHK | Review and revise order and findings and conclusions (2.5); e-mail correspondence and telephone conference with M. Hall regarding same (0.5); e-mail correspondence and telephone conference with J. Pegnia regarding same (0.3) | 3.30 | $1,402.50 |

Mosaica Education, Inc.                                                                                   Page 3

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/29/2015 | JRW | Review e-mail correspondence and respond to same | 0.60 | $255.00 |
| 5/31/2015 | JHK | Review proposed letter of intent and comments to same (0.5); conference call with K. Goodman, J. Pegnia, D. Dowd and C. Hansen regarding same (1.5) | 2.00 | $850.00 |
| 6/1/2015 | JHK | Conference call with Receiver, Tatonka and Pansophic representatives regarding letter of intent and sale issues (1.7); follow up call with J. Pegnia regarding same (0.3); telephone conference with K. Goodman regarding same and cash issues (0.4); call with D. Dowd regarding remaining issues (0.4); telephone conference with Pansophic counsel regarding same (0.5); conference with R. Williamson regarding sale issues (0.5) | 3.80 | $1,615.00 |
| | JRW | Conferences with Mr. Kepner regarding status of purchase offers and closing | 0.50 | $212.50 |
| 6/2/2015 | JHK | Review revised letter of intent and e-mail correspondence from D. Dowd regarding same (0.7); conference call with D. Dowd, C. Hansen, K. Goodman and J. Pegnia regarding remaining issues and revised letter of intent (1.0); review and respond to e-mail correspondence from E. Anderson regarding Youngstown (0.3); review J. Cifelli's proposed revisions (0.6); e-mail correspondence and telephone conference with Tatonka counsel regarding same (0.5); e-mail correspondence and telephone conference with J. Cifelli regarding same (0.4); telephone conference with K. Goodman regarding issues with G. Eidelman (0.3); e-mail correspondence with J. Cifelli regarding same and review of Eidelman employment contract and forward same to him (0.5); review D&O policy and work on demand letters to officers and directors and circulate same (2.5); e-mail correspondence from J. Pegnia regarding same and review proposed revisions (0.3); e-mail correspondence with Court regarding order and findings (0.2); telephone conferences with M. Hall regarding same (0.4); telephone conference with J. Cifelli regarding same (0.3) | 8.00 | $3,400.00 |
| 6/3/2015 | JHK | Review J. Cifelli e-mail regarding additional concerns about proposed order and findings (0.2); e-mail correspondence with J. Cifelli and Tatonka counsel regarding same (0.2); revise, finalize and file proposed findings, conclusions and order (1.3); e-mail correspondence with Tatonka and Pansophic counsel regarding Pansophic letter of intent and changes to same (0.3); e-mail correspondence with C. Hansen and K. Goodman regarding revised letter of intent (0.3); prepare for and participate in conference call with K. Goodman, J. Pegnia, R. Williamson and A. Ray regarding pending issues in case (1.2); review further e-mails from J. Cifelli | 4.20 | $1,785.00 |

Mosaica Education, Inc.                                                          Page 4

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | (0.2); e-mail correspondence with Tatonka counsel regarding same (0.2); telephone conference with J. Murphy regarding status of case and D&O issues (0.3) | | |
| 6/3/2015 | JRW | Prepare for and participate in conference call with Ms. Goodman, Mr. Pegnia, Mr. Kepner and Ms. Ray regarding status of negotiation of purchase agreement and pending issues (1.2); review e-mail correspondence and respond to same (0.9); review documents (0.5) | 2.60 | $1,105.00 |
| 6/8/2015 | JRW | Review documents and related e-mail correspondence (1.7); telephone conference with Mr. Pegnia (0.3); prepare for and attend status conference in GTAS litigation (1.5); telephone conference with clerk regarding same (0.2) | 3.70 | $1,572.50 |
| 6/9/2015 | JRW | Review proposed purchase agreement and related e-mail correspondence (0.8); review e-mail correspondence and respond to same (0.4); conferences with Ms. Ray (0.3) | 1.50 | $637.50 |
| 6/10/2015 | JRW | Review and revise asset purchase agreement (2.2); participate in lengthy conference call with other counsel and parties regarding same (1.4); telephone conferences with Ms. Goodman (0.4); telephone conferences with Mr. Pegnia (0.6); review schedules and exhibits (0.8); review e-mail correspondence and respond to same (1.2) | 6.60 | $2,805.00 |
| 6/11/2015 | JRW | Review and revise agreements (2.2); telephone conference with Mr. Christian (0.4); telephone conferences with Mr. Pegnia (0.4); review e-mail correspondence and respond to same (1.5) | 4.50 | $1,912.50 |
| 6/12/2015 | JRW | Review e-mail correspondence and respond to same; review Court order and findings on sale; telephone conference with Mr. Pegnia; telephone conference with Ms. Goodman | 2.40 | $1,020.00 |
| 6/15/2015 | JRW | Work on transitional services agreement and closing documents (1.8); telephone conference with Mr. Hall (0.3); telephone conferences with Mr. Pegnia (0.3); telephone conference with Ms. Goodman (0.4); conference call with counsel for parties to sale transaction and client representatives regarding status (0.9); review e-mail correspondence and respond to same (1.1); telephone conference with counsel for Bingham Academy in Michigan (0.4) | 5.20 | $2,210.00 |
| 6/16/2015 | JRW | Work on agreements and closing documents; telephone conference with Mr. Pegnia and Ms. Goodman regarding receiver cash requirements; review e-mail correspondence and respond to same; telephone conference with Ms. Goodman | 3.80 | $1,615.00 |

Mosaica Education, Inc.                                                                    Page 5

| Date | Init. Description | Hours | Amount |
|------|-------------------|-------|--------|
| 6/17/2015 | JRW  Work on transition service agreement and review schedules, exhibits and other closing documents (2.5); telephone conference with counsel for Great Western Bank (0.2); telephone conferences with Ms. Goodman (0.5); participate in conference call with counsel for Great Western Bank, Ms. Goodman and bank representatives (0.8); review e-mail correspondence and respond to same (1.1) | 5.10 | $2,167.50 |

**For Professional Services Rendered:**                                    87.90  $37,357.50

**Additional Charges :**

|  |  | Description |  |
|--|--|-------------|--|
| Parking | Parking - Hearings | | 45.00 |
| Working Lunches | Working Lunch | | 80.39 |
| Pacer Service Center | Pacer Service Center Charge | | 83.60 |
| Photocopies | Copy Charges (1,398 pp x $0.15) | | 209.70 |
| Lexis | Lexis | | 42.63 |
| Postage | Postage | | 161.26 |

**Total Expenses:**                                                             $622.58

**Total amount of this bill**                                                 $37,980.08

## Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| J. Hayden Kepner, Jr. | 49.10 | 425.00 |
| J. Robert Williamson | 38.80 | 425.00 |