# LAMBERTH, CIFELLI, ELLIS & NASON, P.A.
ATTORNEYS AT LAW
ATLANTA FINANCIAL CENTER
EAST TOWER, SUITE 550
3343 PEACHTREE ROAD NE
ATLANTA, GA 30326-1428

TELEPHONE (404) 262-7373
FACSIMILE (404) 262-9911

JAMES C. CIFELLI         EMAIL: JCIFELLI@LCSENLAW.COM         DIRECT DIAL: (404) 495-4495

June 9, 2015

**Via First Class Mail**
Ms. Julee Smilley, Courtroom Deputy
Honorable Timothy C. Batten, Sr.
United States District Court
75 Spring Street, SW, Rm 2142
Atlanta, GA 30303

    Re:    Leave of Absence; *Tatonka Capital Corporation, a Colorado corporation v. Mosaica Education, Inc., et al.*, in the U.S. District Court, Northern District of Georgia, Atlanta Division, Civil Action File No. 1:14-cv-3017-TCB

Dear Ms. Smilley:

    I hereby request a leave of absence from the practice of law in connection with the above-captioned matter, for the period beginning Monday, July 20, 2015 through and including Friday, July 31, 2015 pursuant to LR 83.1.E(3), N.D. Ga. I respectfully request that no matters in this case be calendared during the period of my absence. I understand that my leave of absence will not extend previously set filing deadlines nor relieve me from any deadline requirements imposed by statute, rule, or the Court.

    Very truly yours,

    LAMBERTH, CIFELLI,
    ELLIS & NASON, P.A.

    James C. Cifelli

JCC/chf

464813